IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CECIL KOGER, | ) CASE NO: |
| | ) |
| Plaintiff, | ) JUDGE |
| | ) |
| v. | ) |
| | ) **MEMORANDUM IN SUPPOTRT OF** |
| DIRECTOR GARY C. MOHR (sued in his | ) **MOTION TO PERMIT LEGAL** |
| individual and official capacities), | ) **INTERNS TO PARTICIPATE IN** |
| | ) **PROCEEDINGS ON BEHALF OF** |
| REGIONAL DIRECTOR TODD ISHEE | ) **PLAINTIFF CECIL KOGER** |
| (sued in his individual and official | ) |
| capacities), | ) |
| | ) |
| RELIGIOUS SERVICES | ) |
| ADMINISTRATOR MICHAEL DAVIS | ) |
| (sued in his individual and official | ) |
| capacities), | ) |
| | ) |
| WARDEN CHARMAINE BRACY (sued | ) |
| in her individual and official capacities), | ) |
| | ) |
| CHAPLAIN ALEXANDER KOSTENKO | ) |
| (sued in his individual and official | ) |
| capacities), | ) |
| | ) |
| and | ) |
| | ) |
| FORMER DEPUTY WARDEN | ) |
| RICHARD BOWEN, JR. (sued in his | ) |
| individual and official capacities), | ) |
| | ) |
| Defendants. | |

    Plaintiff Cecil Koger filed a lawsuit against Defendants Gary C. Mohr, Todd Ishee, Michael Davis, Charmaine Bracy, Alexander Kostenko, and Richard Bowen, Jr. The undersigned, a supervising attorney at the Milton A. Kramer Law Clinic Center at Case Western Reserve University School of Law ("Kramer Center"), is appearing as counsel of record for Plaintiff before this Court.

The undersigned advises the Court that Mr. Anthony Cirranello, Mr. Tianjiao Han, and Ms. Punam Chatterjee, who are currently enrolled in the Civil Rights, Human Rights, and Immigration Clinic run by the Kramer Center, are certified legal interns under Ohio Sup. Ct. R. Gov. Bar II(1)(3), and are therefore already permitted to participate in litigation matters in Ohio state courts under the supervision of the undersigned. Plaintiff therefore moves the Court to permit the three legal interns to participate in this matter on his behalf as though they were duly licensed attorneys in cases pending before this Court.

Although this Court has no specific rule governing appearances by legal interns, Local Civil Rule 83.6 permits law-student representation in these circumstances. The applicable provisions of that rule permit law students to participate if:

(1) they are "enrolled in a school of law accredited by the American Bar Association"

(2) they have "completed one-half of the credit hours required for graduation";

(3) parties to the litigation "have advised the Court that they agree to the student[s'] participation and that full explanation has been made of the student[s'] status"; and

(4) "the student[s] shall receive no compensation, directly or indirectly, for participation, other than the award of academic credit."

*See* Local Civil Rule 83.6, 83.6(a), 83.6(b). The undersigned supervising attorney represents that Mr. Cirranello, Mr. Han, and Ms. Chatterjee satisfy criteria (1), (2), and (4), and that parties will be apprised of the students' status after service of the Complaint. In addition, Plaintiff has received a full explanation of the legal interns'

status and has agreed to the interns' participation on his behalf. The undersigned also advises the Court that supervising attorneys from the Kramer Center will be present with the legal interns during any Court proceedings in which the Plaintiff's interests may be implicated.

For the reasons set forth above, Plaintiff respectfully submits that the Court should grant his motion to permit Mr. Cirranello, Mr. Han, and Ms. Chatterjee to participate in this matter before the Court as counsel for Plaintiff.

Respectfully submitted,

*/s/ Avidan Y. Cover*

AVIDAN Y. COVER (0087534)
MILTON A. KRAMER LAW CLINIC CENTER
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio  44106
Telephone: 216.368.2766
Facsimile: 216.368.5137
Email: avidan.cover@case.edu

Attorney for Plaintiff Cecil Koger

DATED: November 16, 2017
CV-3690-171116-E-File-Memo in Support of Motion to Permit Legal Interns to Participate