IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CECIL KOGER, | ) CASE NO: 4:17-CV-2409 |
| | ) |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON |
| | ) |
| v. | ) |
| | ) **PLAINTIFF CECIL KOGER'S** |
| DIRECTOR GARY C. MOHR, et al. | ) **MOTION TO SUPPLEMENT** |
| | ) **BRIEFING** |
| Defendants. | ) |
| | ) |

Plaintiff Cecil Koger respectfully moves the Court to supplement the briefing concerning Defendants' Motion to Dismiss with Chief Judge Patricia A. Gaughan's opinion, *Glenn v. Mohr et al.*, 4:18-CV-436 (N.D. Ohio May 14, 2018) (Memorandum of Opinion and Order) (Doc. No. 22). A copy of the opinion is attached hereto as an exhibit.

The briefing before this Court does not include the *Glenn* opinion because it was issued after briefing on the pending Motion to Dismiss was completed. However, the opinion is of great relevance to the matter before this Court because it (1) addresses one of the same causes of action that Mr. Koger asserts here under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc et seq.; and (2) addresses very similar facts, many of which took place at the same time and place, including the very same policies at issue here concerning dreadlocks and religious exemptions, a Rastafarian inmate held at Trumbull Correctional Institution seeking to wear

dreadlocks who had been previously punished and disciplined for noncompliance, and two of the same defendants.

Accordingly, Plaintiff Cecil Koger respectfully moves this Court to supplement the briefing with Judge Gaughan's opinion, issued on May 14, 2018.

                                        Respectfully submitted,

/s/ Avidan Y. Cover
Avidan Y. Cover (0087534)
Attorney at Law
MILTON A. KRAMER LAW CLINIC CENTER
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio  44106
Telephone: 216.368.2766
Facsimile: 216.368.5137
Email: avidan.cover@case.edu

*Attorney for Plaintiff Cecil Koger*

DATED: May 17, 2018

## **PROOF OF SERVICE**

I hereby state that on this 17th day of May, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Avidan Y. Cover
Avidan Y. Cover (0087534)

*Attorney for Plaintiff Cecil Koger*
