PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CECIL KOGER, | ) | |
| | ) | CASE NO.  4:17CV2409 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| GARY C. MOHR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** [Resolving ECF No. 44] |

Pending before the Court is Plaintiff's Motion for Extension of Time and Request for Status Conference Regarding Mediation.  ECF No. 44.  The Court grants the motion in part. The Court will conduct a status conference with counsel if a suitable time can be arranged.[1] Plaintiff is expected to respond to Defendants' motion for summary judgment in accordance with L.R. 7.1.  Any motion for extension of time shall be filed in advance of that cutoff.

IT IS SO ORDERED.

February 15, 2019    /s/ Benita Y. Pearson
Date       Benita Y. Pearson
        United States District Judge

---

[1] The Court unsuccessfully attempted to arrange such a call on the afternoon of February 14, 2019.  Counsel shall consult and suggest three dates outside of week of February 25, 2019 for scheduling.