# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CECIL KOGER, | ) CASE NO: 4:17-CV-2409 |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON |
| v. | ) |
| DIRECTOR GARY C. MOHR, et al. | ) **MOTION FOR EXTENTION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) |

Plaintiff, through undersigned counsel, respectfully requests that the Court extend the deadline to file his response to Defendants' Motion for Summary Judgment (ECF Doc. No. 45) by 30 days, until April 3, 2019.

The parties in this matter have exchanged settlement drafts and have sought the Court's assistance in continuing the mediation efforts that began in October 2018. Counsel for Defendants indicated in an email to the undersigned and the Court dated February 14, 2019, that she did not object to Plaintiff's request for extension.

For the foregoing reasons, respectfully requests that the Court allow Plaintiff until **April 3, 2019** to file his response to Defendants' Motion for Summary Judgment.

Respectfully submitted,

/s/ Andrew C. Geronimo
Andrew C. Geronimo
MILTON A. KRAMER LAW CLINIC CENTER
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: 216.368.2766
Facsimile: 216.368.5137
Email: andrew.geronimo@case.edu
*One of the Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On this 22nd day of February, 2019 I filed the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Andrew C. Geronimo
*One of the Attorneys for Plaintiff Cecil Koger*