IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CECIL KOGER,                      )
                                  )    Case No. 4:17-CV-02409
          Plaintiff,              )
                                  )    Judge Benita Y. Pearson
          v.                      )
                                  )    **AFFIDAVIT OF CECIL KOGER**
GARY MOHR, et al.,                )
                                  )
          Defendants.             )

CECIL KOGER, having been first duly sworn according to law, hereby deposes
and states of his personal knowledge as follows:

1.  I am of legal age and sound mind, capable of making this affidavit, and
    personally acquainted with the facts herein stated.

2.  I am currently an inmate at Richland Correctional Institution ("RCI").

3.  Prior to RCI, I was an inmate at Trumbull Correctional Institution ("TCI").
    I have been housed in several different Ohio Department of Rehabilitation
    and Correction ("ODRC") facilities since 2000.

4.  I have been a committed member of the Nyahbinghi Rastafarian Order
    since 2000. My family has practiced Rastafarianism for multiple
    generations.

5.  I have requested several accommodations in the past to allow me to
    practice Rastafarianism. These include requests to keep my dreadlocks, to
    have communion with other Rastafarians through "groundings," to fast



and diet according to my religion, and receive Rastafarian literature. True and accurate copies of some of the accommodation requests I submitted to ODRC are attached as Exhibit 1.

6. My branch of Rastafarianism, the Nyahbinghi Rastafarian Order, requires adherents to wear dreadlocks. This is in accordance with the Nazarite vow. Rastafarians believe that this practice is commanded by the Bible: "They shall not make baldness upon their head, neither shall they shave off the corner of their beard, nor make any cutting in their flesh." LEVITICUS 21:5.

7. Rastafarianism requires me to practice a specific diet, called *ital*, which prohibits consuming processed foods.

8. My faith also requires me to fast on particular days throughout the year, and to celebrate religious holidays in worship services called "groundings."

9. I continue to attempt to diet and fast according to my religious beliefs, but ODRC does not facilitate my particular diet or fasting on the days required by Rastafarianism.

10. Despite the lack of accommodation at ODRC facilities, Rastafarianism requires me to find opportunities to eat and fast according to my religious beliefs.

11. I am not a Muslim.

12.     Individuals who desire to fast are required to sign an accommodation form—this form is the only way for Rastafarians at TCI to fast in accordance with their own religious beliefs.

13.     On April 11, 2018, I submitted an accommodation form to fast during Ramadan. A true and accurate copy is attached as <u>Exhibit 2</u>. On April 26, 2018, I submitted a new accommodation form identifying as Rastafarian. A true and accurate copy is attached as <u>Exhibit 3</u>.

14.     I have fasted during Ramadan in the past because it occasionally aligns with the fasting days observed by Rastafarianism. ODRC will not allow me to fast as a Rastafarian, and this is one of the only ways for me to fast at ODRC facilities without being subject to discipline.

15.     In August, 2016, I submitted a notarized statement asking why TCI would not let me fast as a Rastafarian and alleging discrimination. A true and accurate copy of this statement is attached as <u>Exhibit 4</u>.

16.     During Ramadan, when ODRC will permit Muslim inmates to fast, I often prepare special meals in the ODRC kitchen for both Muslims and Rastafarians.

17.     I personally know other Rastafarians in ODRC facilities who diet and fast under the same Muslim accommodations simply because it is their best opportunity to practice according to their religious beliefs.

3

18.    I have told many Muslim inmates and spiritual advisors in ODRC
        facilities that I am a Rastafarian fasting to exercise my own religious
        beliefs.

19.    If ODRC facilities allowed Rastafarians to receive diet and fasting
        accommodations, I would not be forced to request exemptions as a
        Muslim simply so that I may practice my religion more faithfully.

20.    In 2014, I was transferred to Trumbull Correctional Institution ("TCI"). In
        June of 2016, I was informed that TCI would remove my dreadlocks. I
        attempted to receive an exemption through several levels of appeal and
        was denied an exemption for my dreadlocks.

21.    On September 21, 2016, Deputy Warden Bowen issued me a direct order
        to cut my dreadlocks.

22.    When I informed ODRC that I would not comply with an order to cut my
        hair because it violates my religious beliefs, Deputy Warden Bowen and
        Warden Charmaine Bracy told me that I could not receive a religious
        accommodation for my dreadlocks because Rastafarianism is not
        recognized by ODRC.

23.    As a result of my refusal to cut my hair, I was placed in the segregation
        unit.

24.    I attempted to appeal the decision of the Rule Infraction Board, again
        asserting my religious beliefs, but my appeal was denied. *See* Exhibit 5.

25.    On November 2, 2016, TCI staff arrived at my cell to cut my dreadlocks.

4

26. According to my Rastafarian beliefs, November 2 is the most sacred day of the year, and it commemorates the coronation of Haile Selassie as Emperor of Ethiopia.

27. When I refused to have my dreadlocks cut, I was covered with oleoresin capsicum spray, and my dreadlocks were shaved off without my consent.

28. Before ODRC officials cut my hair on November 2, 2016, I gave them oral and written notice that I believed cutting my hair would sever my connection to the most high, and would be a desecration of my religious beliefs. *See* Exhibit 4; *See also* video of haircut, which will be filed manually with the Court as Exhibit 6 to Cecil Koger's Affidavit.

29. The forced cutting of my dreadlocks has emotionally traumatized me, and I feel that TCI took away part of my religious identity.

30. Since the forced cutting, I have continued to grow dreadlocks as an exercise of my Rastafarian beliefs.

31. I fear that ODRC will forcibly cut my dreadlocks in the future.

32. I have been growing my hair naturally with dreadlocks for at least twenty years and have never concealed contraband or weapons in my dreadlocks.

33. ODRC classifies me as a Level 2 security level. I have had my dreadlocks searched many times, during which I was asked to shake my hair out and make it searchable.

34. I have no knowledge of any inmates hiding contraband in their hair.

35. My dreadlocks naturally grow thicker than 1/2 inch.

5

36. My dreadlocks will only grow thinner than 1/2 inch through manipulation, which is prohibited by Rastafarianism.

37. I know of other Rastafarians in ODRC facilities who currently have dreadlocks that are thicker than 1/2 inch.

38. I am not opposed to ODRC facilities searching my dreadlocks by any other reasonable means other than cutting my dreadlocks, including with metal detectors, x-rays, or other imaging technology, or by manual searching ODRC staff members with additional safety equipment and/or personnel. 39. It would be a deseration to hide or place anything inside of Rastafarian locks. CK

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Cecil Koger

SWORN TO AND SUBSCRIBED before me, a Notary Public in and for said county and state, this __7__ day of ~~March,~~ April 2019.

ANDREW GER___
Attorney At __
NOTARY PU___
STATE OF OHIO
My Commission ___
No Expiration Date
Section 147.03 O.R.C.

_____  4/2/2019
NOTARY PUBLIC
My commission expires: __never__

6

# **Ohio** | Department of Rehabilitation & Correction

John R. Kasich, Governor
Gary C. Mohr, Director

Decision of the Religious Services Administrator
Request for Accommodation
Of Religious Practice

Cecil Kroger #384-698
Trumbull Correctional Institution
P.O. Box 901
Leavittsburg, OH 44030

RELIGIOUS AFFILIATION: Rastafarian

You have requested accommodation of the following practice based upon the reason indicated:

Request to have hair exemption for religious reasons.

Your request states a:

      Religious Issue
X    Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be:

      Approved
X    Not Approved

Reason:

Your request, *Cecil Kroger #384-698*, for hair exemption is disapproved. This is not a religious issue. It is subject to DRC 65-GRM-01.

Signature: _Michael Davis /ec_ Date: _November 30, 2016_
Michael Davis, Ph. D.
Religious Services Administrator

Tracking Process
- ❑ Chaplains reviews request and makes recommendation
- ❑ Request is reviewed by Chaplain, DWSS, and DWO/Designee.
- ❑ Accommodation in forwarded to Warden for Warden's response.
- ❑ Warden's decision is forward back to inmate and Chaplain's office is copied.
- ❑ Inmate receives decision and may appeal if desired.
- ❑ Warden forwards appeal to OOP for Religious Services Administrator decision.
- ❑ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, and STG as needed.
- ❑ The final decision is made by the Religious Services Administrator (copy of final decision is filed).
- ❑ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified
  - C:    Warden, Chaplain, Inmate's On Base File and Inmate

Operation Support Center -- Religious Services · 770 W. Broad Street  ·  Columbus, Ohio 43222
www.drc.ohio.gov

**EXHIBIT**
**A-1**

DRC000212

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| Offender Name: KOGER, CECIL | Number: 384698 |
|---|---|
| Current Religious Affiliation: Rastafarian | RE: DRC4326 Dated: 10/28/2016 |

**Chaplain Recommendation:**

Offender **KOGER, CECIL**, offender number 384698 is listed in DOTS as a Rastafarian since 08/04/2005. His request is to grow his hair. The official statement issued by the Religious Service Administrator: "The growing of hair is not a granted religious accommodation. This issue is addressed by DRC policy 65-GRM-01 and AR 5120-9-25-1". Referring to RSA at Operations Support Center.

> RECEIVED
> NOV 28 2016
> Religious Services

| Chaplain's Signature: | Date: 11/03/2016 |
|---|---|

**Accommodation Review Committee Response:**

Do not recommend Accommodation based on policy 65-GRM-01.

| Committee Chairperson Signature: | Date: 11-7-16 |
|---|---|

**Warden's Decision:** ☐ Approved ☐ Disapproved ☑ Refer to Reg. Religious Services Admin.

Comment *Violation of policy 65-GRM-01 & with AR 5120-9-25*

*Religious accommodation is not granted for hair growth. Policy 65-GRM-01 issue addressed by*

| Signature: | Date: 11-08-16   11/30/16 |
|---|---|

DRC4327 E (Rev. 03/09)    Distribution: Warden, Chaplain, Offender, Religious Services Administrator, On Base File

OP - Religious Services - 12/6/2016

Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

**To:**   **Chaplain's Office**

**From:**

| Offender Name: Cecil Koger | Number: 384 -CFCG |
|---|---|
| Institution: T.C.I | Date: 10-28-16 |

1. **What is the religion to which you belong?**

   RastaFari = The order of Nyabingi

2. **What is the specific accommodation that you are requesting?**

   Exemption From Grooming Policy
   To grow hair naturally Allowing hair to take its natural
   course in locks.

3. **What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)?** RastaFari'- Livity; Re Written by
   Ras Anbessa Ebanks. The Kebra Negast All Mansions
   of Rastafari grow their hair naturally For locks to Form
   It is mandate For the True Rasta. Its Found in the
   Bible as well as the other books mentioned above.

4. **Who are the religious leaders who can verify this request (*Please give address and phone numbers, if available*)?** Rastafari Elders, Ras Iadonis From Lion of Judah
   Society' church of the Nazarene.
   Ras Jacob Marley Ras. Sully "Bobbi Sullivin" Rastafari Universal Order
   Prison ministries "R.U.O."
   The Church of Haili Selassi I  29 Oxford st          470 "A" Gates Avenue
   Ba Beta Krystyan       P.o. Box 334               Brooklyn, Ny 11216
                          Kingston Jamaica

| Offender's Signature: Cecil Koger | Date: 10-28-16 |
|---|---|

***This form is for approval of religious practices or beliefs not currently approved by the ODRC.***

DRC4326 (Rev 03/09)          Distribution:  Religious Services Administrator, On Base file

OP - Religious Services - 12/6/2016

DRC000214

# Ohio | Department of Rehabilitation & Correction

John R. Kasich, Governor
Gary C. Mohr, Director

November 30, 2016.

Cecil Kroger #384-698
Trumbull Correctional Institution
P.O. Box 901
Leavittsburg, OH 44030

Dear Mr. Kroger,

In response to your Offender's Appeal of Decision Regarding Religious Accommodation, the documentation submitted does not include the DRC 4327 Response to Request for Religious Accommodation. Therefore, I am returning your DRC form 4326 Request for Religious Accommodation for complete processing through the institution Chaplain.

Sincerely,

Dr. Michael Davis
Religious Services Administrator

OP – Religious Services – 12/6/2016

DRC000215

RECEIVED
JUL 25 2013
Religious Services

Ohio Department of Rehabilitation and Correction
## Request To Change Religious Affiliation

To:     Chaplain's Office

From:

| Inmate Name: Cecil Koger | Number: #384698 |
| Institution | Date 7-8-13 |

| Present Religious Affiliation | Muslim Rasta |
| The Religious Affiliation To Which You Desire To Change To | Muslim |
| Reason For Requesting This Change | Ramadan |

| Inmate's Signature: Cecil Koger | Date 7-8-13 |

**Chaplain**  ☑ Approved   ☐ Disapproved

| Chaplain's Signature: | Date 7-8-2013 |

*Inmates must wait 12 months before application to change affiliation again*

DRC4353 (Rev 12/05)

OP – Religious Services – 8/8/2013

DRC000216

# **Ohio Department of Rehabilitation and Correction**

Religious Services
770 West Broad Street
Columbus, OH  43222

| Ted Strickland, Governor | www.drc.ohio.gov | Ernie L. Moore, Director |
|---|---|---|

Decision of the Religious Services Administrator

Request for Accommodation
Of Religious Practice

**Koger, Cecil #384-698**
Toledo Correctional Institution
2001 East Central Avenue
Toledo, Ohio 43608

RELIGIOUS  Rastafarian

You have requested accommodation of the following practice based upon the reason indicated

### Request to have kosher meals for religious reasons

Your request states a

X    Religious Issue
     Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be

     Approved
X    Not Approved

Signature: _____    Date    March 4, 2010

Gary Sims, Sr
Religious Services Administrator

Tracking Process
- ❑ Chaplains reviews request and makes recommendation
- ❑ Request is reviewed by Chaplain, DWSS, and DWO/Designee
- ❑ Accommodation in forwarded to Warden for Warden s response
- ❑ Warden's decision is forward back to inmate and Chaplain's office is copied
- ❑ Inmate receives decision and may appeal if desired
- ❑ Warden forwards appeal to OOP for Religious Services Administrator decision
- ❑ Religious Services Administrator reviews in consultation with Legal  Chief Inspector, STG as needed
- ❑ The final decision is made by the Religious Services Administrator (copy of final decision is filed)
- ❑ The decision is returned to the Institutional Chaplain  the DWSS. and Warden is copied and inmate is notified

    C    Warden  Chaplain  Inmate's On Base File and Inmate

OP – Religious Services – 5/4/2010

DRC000217

OP - Religious Services - 5/4/2010

DRC000218

| | |
|---|---|
| **RSA Date Received:** 3 / 3 /2010  I/M #. 384 - 698 | |
| **Institution:** ACI / BECI / CCI / CMC / CRC / DCI / MEPRC / FPRC / GCI / HCF / LAECI  LECI / LOCI / LORCI / MACI / MANCI / MCI / NCCI / NCCTF / NCI / NEPRC / OCF / ORW / OSP - CAMP / PCI / RICI / SCI / SOCF / TCI - CAMP / TOCI / WCI | |
| **Religion:** Apostolic Pentecostal / Asatru / Arakhutan_Ausarian_Neterian / Black Hebrew / Israelite / Baptist / Buddhist / Catholic / Christian / Christian Identity / Christian Nazarite / Christian Separatist / Church of God / NGE / Hebrew Israelite / Hebrew Nazarite / Jewish / Islamic / Messianic Jew / Muslim / Nation of Islam / Native American / Orthodox Judaism / Orthodox-Islam / Philadelphia Church of God / Protestant / Rastafarian / Sabbatarian / Satanism / Salvation Army / Santeria / Shi'a Muslim / Wiccan / _OTHER:_ | |
| **Request:** Hair / Beard / Kosher Meal / Access to religious material / Alter Cloth / Baptism / Blended teas / Cell separation / Congregate services / Diet Card / Dreadlocks / Halal meals / Head Covering / Holy Days / Incense / Medicine bag / Meditation cushion / Oils / Outside Vender / Pendant / Prayer / Prayer Beads / Prayer Rug / Prayer Shawl / Services in Chapel / Vegan Diet / Vegetarian Diet / Tam / Work proscription / Change of Religion Request / NEEDS FORM 4326, 4327, 4442 _OTHER:_ | |
| **Action:**           Approved           Disapproved ✓ | |
| **Comments:** | |
| NEEDS FORM 4326, 4327, 4442        **Decision Date:** ___ / ___ /2010 | |

MAR 0 3 2010

Mr G. Simms
    I would like to know why
my dietary needs where denied as
my religious accomodation. I am aware
of several inst's in O.D.R.C. who accomadate
Rastafari Ital Food why is T.O.C.I.
deffer ent from any other close inst.?
I have verification for my request
  why was I denied? I would also
  Like a copied or original appeal
I Filed to your offense. Can you explain
as percisly as you are able, about the reasons
to my dietary needs as Rastafari not being
accomadated please.
              Thankyou For your
              Time

Cecil Kogo #384698

OP - Religious Services - 5/4/2010

DRC000219



**Ohio Department of Rehabilitation and Correction**   JAN 2 1 2010

Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH  43608

Ted Strickland, Governor                         www.drc.ohio.gov                         Terry Collins, Director

Decision of the Warden

Request for Accommodation
Of Religious Practice

**NAME: Cecil Koger**
**NUMBER: A384-698**
**INSTITUTION: ToCI**
**RELIGION: Rastafarian**

You have requested accommodation of the following practice based upon the reason indicated:

**Request to receive Kosher Meals.**
**Your request states a:**

      Religious Issue
X     Non-Religious Issue

It is the decision of the Warden that the request for Accommodation of Religious Practice should be:

      Approved
X     Not Approved

**Reason:** Mr. Koger (A384-698) your request to receive Kosher meals has not been approved.  Keeping Kosher is not a vegetarian diet and is provided to those keeping an orthodox Jewish tradition.  A vegetarian alternative is provided at each meal upon the request of any individual.

Signature: _R. Welch_      Date: _1/11/10_
        Robert Welch, Warden

cc.  Warden, Deputy Wardens, Chaplain, Major, Unit File, etc.

    RSA

OP – Religious Services – 5/4/2010

DRC000220

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| | |
|---|---|
| Offender Name Cecil Koger | Number A-384698 |
| Current Religious Affiliation RASTAFARIAN | RE: DRC4326 Dated: 12/16/2009 |

**Chaplain Recommendation:**

NOT RECEMMENDED

THE DEPARTMENT OF REHABILITATION AND CORRECTION HAS NOT SET UP ANY SPECIAL DIETARY REQUIREMENTS FOR THOSE OF THE RASTAFARIAN RELIGIOUS GROUP

12/28/09

| | |
|---|---|
| Chaplain's Signature Chaplain Frank Vlock | Date 12/20/09 |

**Accommodation Review Committee Response:**

ok.

TOLEDO CORRECTIONAL
2009 DEC 28 A 11: 38
SPECIAL SERVICES

| | |
|---|---|
| Committee Chairperson Signature | Date 12/31/09 |

**Warden's Decision:** ☐ Approved ☒ Disapproved ☐ Refer to Reg. Religious Services Admin.

**Comment**

See Above comments

| | |
|---|---|
| Signature | Date ~~1/4/09~~ 1/4/10 |

DRC4327 E (Rev 03/09) Distribution Warden, Chaplain, Offender, Religious Services Administrator, On Base File

OP - Religious Services - 5/4/2010

Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

**To:**    **Chaplain's Office**

**From:**

| Offender Name | Ras. Cecil Koger | Number #384-688 |
|---|---|---|
| Institution | T.O.C.I | Date 12-16-89 |

**1**    What is the religion to which you belong?

Rastafari the Nyahbingiorder!

**2**    What is the specific accommodation that you are requesting? "Kosher meals"
non beef non pork non soy it contains M.S.G.
monosodium Glutamate as well as other dairy food served
in the kitchen containing season enhancer not natural 621,
622

**3**    What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? The practicing Rastafari
Lives every day on the basis of his Humanot-beliefs
There is ten and two of these Revoles around what Rastafari
puts into his body. This is called Ital. It is found in the
Kebra Negest, Fetha Negest, the Livity, the bible and
Nyahbingi teachings.

**4**    Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Rastafarian Universoul Order
P.G. Box 6662
Black Mountain N.C 28711
Office 828-669-4918    Ras Miles Jacob Marley
Fax   828-669-0932    Ras bobby Sullivian

| Offender's Signature | Cecil Koger | Date |
|---|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326  (Rev 03/09)          Distribution  Religious Services Administrator, On Base file

OP - Religious Services - 5/4/2010

DRC000222

# Ohio Department of Rehabilitation and Correction

Religious Services
770 West Broad Street
Columbus, OH 43222

Ted Strickland, Governor      www.drc.ohio.gov      Ernie L Moore, Director

Decision of the Religious Services Administrator

Request for Accommodation
Of Religious Practice

**Koger, Cecil #384-698**
Toledo Correctional Institution
2001 East Central Avenue
Toledo, Ohio 43608

RELIGIOUS   Rastafarian

You have requested accommodation of the following practice based upon the reason indicated

## Request to have kosher meals for religious reasons

Your request states a

    X     Religious Issue
        Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be

        Approved
    X     Not Approved

Signature _____ Date __February 11, 2010__
Gary Sims, Sr
Religious Services Administrator

Tracking Process
- ☐ Chaplains reviews request and makes recommendation
- ☐ Request is reviewed by Chaplain, DWSS, and DWO/Designee
- ☐ Accommodation in forwarded to Warden for Warden's response
- ☐ Warden's decision is forward back to inmate and Chaplain's office is copied
- ☐ Inmate receives decision and may appeal if desired
- ☐ Warden forwards appeal to OOP for Religious Services Administrator decision
- ☐ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed
- ☐ The final decision is made by the Religious Services Administrator (copy of final decision is filed)
- ☐ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified

     C      Warden, Chaplain, Inmate's On Base File and Inmate

OP - Religious Services - 5/4/2010

DRC000224

**RSA Date Received:** 2 / 3 /2010    **IM #:** 384-698

**Institution:** ACI / BECI / CCI / CMC / CRC / DCI / MEPRC / FPRC / GCI / HCF / LAECI / LECI / LOCI / LORCI / MACI / MANCI / MCI / NCCI / NCCTF / NCI / NEPRC / OCF / ORW / OSP - CAMP / PCI / RCI / RICI / SCI / SOCF / TCI - CAMP / TOCI / WCI

**Religion:** Apostolic Pentecostal / Asatru / Arakhutian_Ausarian Neterian / Black Hebrew / Israelite / Baptist / Buddhist / Catholic / Christian / Christian Identity / Christian Nazarite / Christian Separatist / Church of God / Five Percenters / Hebrew Israelite / Hebrew Nazarite / Jewish / Islamic / Messianic Jew / Muslim / Native American / Orthodox Judaism / Orthodox-Islam / Philadelphia Church of God / Protestant / Rastafarian / Sabbatarian / Satanism: / Salvation Army / Santeria / Shi'a Muslim / Wiccan /
*OTHER*

**Request:** Hair / Beard / Kosher Meal / Access to religious material / Alter Cloth / Baptism / Blended teas / Cell separation / Congregate services / Diet Card / Dreadlocks / Halal meals / Head Covering / Holy Days / Incense / Medicine bag / Meditation cushion / Oils / Outside Vender / Pendant / Prayer / Prayer Beads / Prayer Rug / Prayer Shawl / Services in Chapel / Vegan Diet / Vegetarian Diet / Tam / Work proscription / Change of Religion Request / NEEDS FORM 4326, 4327, 4442
*OTHER*

| **Action:** | Approved | Disapproved |
|---|---|---|

**Comments:** Kesler Nef an accepter accept

NEEDS FORM 4326, 4327, 4442          **Decision Date:** / / 2010

FEB 0 3 2010

Ohio Department of Rehabilitation and Correction
Religious Services Department

## Offender's Appeal of Decision
## Regarding Religious Accommodation

TO   Religious Services Administrator
770 West Broad Street
Columbus, Ohio  43222

| Name Mr. Cecil Koger | | Number 384-698 |
|---|---|---|
| Institution T.O.C.I | Religious Affiliation RastafarI | Date of Appeal 1-14-10 |

Your appeal regarding request for religious accommodation is based on **Ital Food**

There has clearly been a lack of knowledge concerning
RastafarI fredrin. I have submitted verification of dietary needs of RastafarI
to the Mr. Bloch Chaplain from RastafarI elders Fax office and addresses
where given to Mr. Bloch to do more delving into the facts about RastafarI
He still has not contacted them or engaged in any form of verification as to
the mandates of adherents to the specific beliefs. A policy for RastafarI
in O.D.R.C. has to start somewhere, if the chaplain does not assist
us how is there ever going to be requirements for those of the RastafarI
Religious group. I have supply the paperwork for the practicing RastafarI
to Mr. Bloch he knows and is aware of the special Dietary need
and has been since I arrived in this inst. The veggie meals do not meet
the proper dietary needs of RastafarI they are seperate next to regular
meals with the same food, not by a practicing RastafarI and also contains
all the same flavor enhancers or seasoning salt as regular meal as well as
all veggie supplements in T.O.C.I contain soy contents the paper work
the chaplain recieved from elders of RastafarI clearly states when
provisions are not met Kosher Food are more acceptable then no meat at all.
And It has been made clear to the Chaplain that RastafarI are the off spring
of Orthodox Jews stating claim to Falasha of Ethiopia the original
African Jew of Ethiopia orthodox church
which share if not all, most of the same traditions

With this appeal form, you must include

DRC Form 4326  Request for Religious Accommodation, and
DRC Form 4327  Response to Request for Religious Accommodation

| Offender's Signature Mr. Cecil Koger | Date 1-14-10 |
|---|---|

DRC4442 (03/09)          Distribution  Warden,  Chaplain,  Offender,  On Base File

**Please send Copies back for Further legal actions Thank You**

OP - Religious Services - 5/4/2010

DRC000225

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| | |
|---|---|
| Offender Name Cecil Koger | Number A-384698 |
| Current Religious Affiliation RASTAFARIAN | RE: DRC4326 Dated. 12/16/2009 |

**Chaplain Recommendation:**

NOT RECEMMENDED

THE DEPARTMENT OF REHABILITATION AND CORRECTION HAS NOT SET UP ANY SPECIAL DIETARY REQUIREMENTS FOR THOSE OF THE RASTAFARIAN RELIGIOUS GROUP

12/28/09

| | |
|---|---|
| Chaplain s Signature Chaplain Frank Vlock | Date 12/20/09 |

**Accommodation Review Committee Response:**

ok.

TOLEDO CORRECTIONAL
2009 DEC 28 A 11:36
SPECIAL SERVICES

| | |
|---|---|
| Committee Chairperson Signature | Date 12/31/09 |

**Warden's Decision:** ☐ Approved ☒ Disapproved ☐ Refer to Reg. Religious Services Admin

**Comment**

SEE Above comments

| | |
|---|---|
| Signature | Date ~~1/4/08~~ 1/4/10 |

DRC4327 E (Rev 03/09) Distribution Warden, Chaplain, Offender, Religious Services Administrator, On Base File

OP - Religious Services - 5/4/2010

Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

**To:**   **Chaplain's Office**

**From:**

| Offender Name  Ras. CECIL KOGER | Number #384-698 |
|---|---|
| Institution  T.O.C.I | Date 12-16-89 |

1   What is the religion to which you belong?

RASTAFARI the NyAhbingiorder!

2   What is the specific accommodation that you are requesting? "Kosher meals"
non beef non pork non soy it contains MSG
monosodium Glutamate as well as other ~~thing~~ food served
in the kitchen containing season enhancer not natural 621,
622

3   What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? The Practicing Rastafari
Lives every day on the basis of his Humanot-beliefs
There is ten and two of these Revolvs around what Rastafari
Puts into his body. This is called Ital. It is Found in the
Kebra Negast, Fetha Negast, the livity, the bible and
Nyahbingi teachings.

4   Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Rastafarian Universol Order
P.G. Box 662
→ Black Mountain N.C. 28711
Office 828-669-4918   Ras Miles Jacob Marley
Fax   828-669-0932   Ras bobby Sullivian

| Offender's Signature  Cecil Koger | Date |
|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326  (Rev 03/09)          Distribution  Religious Services Administrator, On Base file

OP – Religious Services – 5/4/2010

Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

**To:**  Chaplain's Office

**From:**

| Inmate Name | Cecil Koger Jr | Number | 384-698 |
|---|---|---|---|
| Institution | Mansfield Correctional Inst | Date | 11-15-06 |

1  What is the religion to which you belong? *Rastafari*

2  What is the specific accommodation that you are requesting?
*The wearing of Tams and the growing of our dreads and beards*

3  What is the basis for your requested religious accommodation  (How is your request support by the writings or traditions of your religion)? *I'm writing is in the bible and Kebra Nagast about our dread's locs holding alot of meaning towards our religion*

4  Who are the religious leaders who can verify this request (*Please give address and phone numbers, if available*)
*Eelka Dread at the Nyabingi Tabernackle*
*414 836-5506*

| Inmate's Signature | *Cecil Koger* | Date | 11-15-06 |
|---|---|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC*

DRC4326  (Rev 06/06)

OP – Religious Services – 3/12/2007

DRC000228

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| Inmate: Name | CECIL KOGER | Number | A384-698 |
|---|---|---|---|
| Current Religion Affiliation | RASTAFARIAN | RE DRC4326 Dated | 11-15-2006 |

**Chaplain Recommendation:**

Rastafarians have no formal liturgical rites, sacraments, or ordinances  However, the growing of dreadlocks is considered *the sign of commitment* to the Rastafarian lifestyle and faith  Therefore, I recommend the temporary ban on hair length for religious purposes be applied to this accommodation request, and that length of hair and beard be determined by and through the office of the Religious Services Administrator for the ODRC  I also recommend that the wearing of tams be commensurate with other faith groups whose religious practice compels one to wear a covering for the head

| Chaplain's Signature: | *Chaplain [signature]* | Date | 11/15/2006 |
|---|---|---|---|

**Security Response:**

*Please decline request*

| Signature: | *[signature]* | Date | 12-8-06 |
|---|---|---|---|

**Warden's Decision:**  ☐ Approved  ☑ Disapproved

| Signature: | *[signature]* | Date | 12/8/06 |
|---|---|---|---|

*Security Issue*

## Tracking Process

- ☑ Chaplain reviews request and makes recommendation
- ☑ Request is reviewed by Chaplain, DWSS, and DWO/Designee
- ☑ Accommodation is forwarded to Warden for Warden's response
- ☑ Warden's decision is forwarded back to inmate, the Religious Services Administrator (RSA) is copied (for the OOP files), and Chaplain's office is copied
- ☐ Inmate receives decision and may appeal if desired
- ☐ Warden forwards appeal to OOP for Religious Services Administrator decision
- ☐ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed
- ☐ The final decision is made by the Religious Services Administrator (copy of final decision is filed), utilizing form DRC4415, "Decision of the Religious Services Administrator on Appeal of Religious Accommodation"
- ☐ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified by the Chaplain

DRC4327 (Rev 06/06)

OP - Religious Services - 3/12/2007

DRC000229

 **Ohio Department of Rehabilitation and Correction**

1050 Freeway Drive North
Columbus, OH 43229

Ted Strickland, Governor          www.drc.state.oh.us          Terry Collins, Director

Decision of the Religious Services Administrator

Request for Accommodation
Of Religious Practice

NAME: Cecil Koyber
NUMBER  384-698
INSTITUTION  MANCI
RELIGIOUS  Rastafarian

You have requested accommodation of the following practice based upon the reason indicated

Request to grow locks, and read mediation of text Galatians for religious reasons
Your request states a

X     Religious Issue
       Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be

       Approved
X     Not Approved

Reason.
Mr. Koyber (384-698) your request to grow dreadlocks has been denied because according to DRC policy dreadlocks possess a
security issue
In regards to the reading of mediation materials this material has to be approved by the institution screening committee
In regards the wearing of tams   This is not an approved item

Signature _____ . Date  1-9-07
Gary Sims, Sr
Religious Services Administrator

Tracking Process _____

   ❑   Chaplains reviews request and makes recommendation
   ❑   Request is reviewed by Chaplain, DWSS, and DWO/Designee
   ❑   Accommodation in forwarded to Warden for Warden's response
   ❑   Warden's decision is forward back to inmate and Chaplain's office is copied
   ❑   Inmate receives decision and may appeal if desired
   ❑   Warden forwards appeal to OOP for Religious Services Administrator decision.
   ❑   Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed
   ❑   The final decision is made by the Religious Services Administrator (copy of final decision is filed)
   ❑   The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified

       c     Warden, Chaplain, Case manager, Inmate's File, and Inmate's Master File

OP – Religious Services – 2/13/2007

DRC000230

Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

**To:** Chaplain's Office

**From:**

| Inmate Name Mr *Cecil Koger* | Number *384 648* |
|---|---|
| Institution *Man. C.I* | Date |

1  What is the religion to which you belong? *RASTAFARI*

**Received**

SEP 13 2006

Regional Director's Office
ODRC

2  What is the specific accommodation that you are requesting? *I would like to be able to go into the practice of Rastafari and not just the the surface but the spiritual The looking of my hair the reading of medition and texts. the the wearing of our tams*

3  What is the basis for your requested religious accommodation. (How is your request support by the writings or traditions of your religion)? *In the bible Numbers 6 the Kebra Negast and many more.*

4  Who are the religious leaders who can verify this request (*Please give address and phone numbers, if available*) *An Elder by the name of Eeka dread He can be contacted at 419 536-5506*

| Inmate's Signature *Cecil Koger* | Date *8-23-06* |
|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326 (Rev 06/06)

OP – Religious Services – 2/13/2007

DRC000231

Rev. Gary Sims

I'm writing this letter along with the accomadation Form to assist you in understanding exactly what it is I am asking of you. Specificly the Tam's and hair would coinside with each other and the policy here in mansfield Our hair can be kept neat never covering the ears and can be subjected to searches at anytime, the tam's would also ~~keep~~ the hair presentable cover our hair in the diner area and never over our ears. The locks on our head are an essential part of Ras tafari I must keep my look as an offering to be ~~given~~ given to the most high on judgement day without my lock's I have no offering and without that I am not look upon as who I am it states this in the bible in Numbers:6 The law of the Nazarite These can be accomadated easy because they take care of one another and the policy here in mansfield The Tam cover or hair to keep it in p. The proper lines with the appearance of general population and my hair it self can be pulled back ~~and~~ behind my ear's at all time and ~~kept~~ presentable The religious ~~looks~~ along with the Tam's are being held until word from you, my Family is ~~egger~~ to see me on this path so they are waiting to know if I will recieve any of the books they can have sent Thanks for your time (and Room)

OP – Religious Services – 2/13/2007

DRC000232

RECEIVED

MAY 07 2018

Ohio Department of Rehabilitation and Correction

## Request To Change Religious Affiliation

Religious Services

**To:** Chaplain's Office

**From:** CECIL KOGER

| Inmate Name: CECIL KOGER | Number: 384-698 |
|---|---|
| Institution: LAE. C.I. | Date: 4-11-18 |

Present Religious Affiliation: Nyahbingi

The Religious Affiliation To Which You Desire To Change To: Islam

Reason For Requesting This Change: RAMADAN: I HAVE BEEN PARTICIPATING FOR the last sixteen YEAR'S

| Inmate's Signature: | Date: 4-11-18 |
|---|---|

**Chaplain** ☑ Approved ☐ Disapproved

| Chaplain's Signature: | Date: 04/13/18 |
|---|---|

DRC 4353 E (Rev. 07/12)

EXHIBIT
A-2

**DEFENDANTS' EXHIBIT B (Page 3 of 3)**

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

To: Chaplain's Office

From: Cecil Koger

| Offender Name: | CECIL Koger | Number: | 384-698 |
|---|---|---|---|
| Institution: | R.I.C.I | Date: | 4-26-18 |

1. What is the religion to which you belong?

Nyahbinghi  Rastafari

2. What is the specific accommodation that you are requesting?

For Rastafari Mandates to be recognized and accommodated growing of natural locs (wearing of dreads) I-tal diet (organic, food vegetarian no soy) observance/Reading material/ Tam's/Kufus (Religious head wear) Fasts days/Holidays

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion? The Kebra Nagast Fetha Nagast The bible "Number 6 Vow of Nazarite" Rastafari Tennants and mandates " Rastafari livity" written by Ras Anbuessa Ebank

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Ras Iaodanis - Lion of Sudah society Ras Cristopher lion Tree - Rastafari Universal order Sister Imani Nyah, The Association of Rastafarian Theologians

| Offender's Signature: | [signature] 384698 | Date: | 4-26-18 |
|---|---|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326 (Rev 03/09)          Distribution:  Religious Services Administrator, On Base file

EXHIBIT
A-3

I am writing your office to inform you of the current mis-information that is supposably stemming from central office. This incorrectness is surrounding Rastafari, not being accommodated on hair as well as any other religious mandates to. The pious I have been Rastafari even before I entered ohio's system in 1998. I have been force cut and accommodated while being held in the O.D.R.C.. how is it possible that I am still being threatened by the same policy I have been exempted from? In 2008 Mr. Timothy Johnson filed a civil complaint which led to the granting of length and growth. Mr. Johnson was Rastafari, how do you explain a directive from your office to T.C.I to cut all Rastafari hair and Rastafari are not exempt religiously? How do you clarify a meritless security concern that is toted as the reason why Rasta's are to be desecrated? I have been transported from Mansfield-Toledo-Allen-Trumbull, just fiablly how I am today, with natural looks, my nati has been uncut untrim unshaven throughout each...



EXHIBIT
A-4

... TRANSFER, I have successfully been through all security protocol, plenty of times including visitations my hair has been searched and cleared by correction officer at four institutions of O.D.R.C These issues are not the ignition behind these RESURFACing security concerns only when there is a large amounts of AFRICAN AMERICAN males that start letting their nati grow its natural course, is when locks become an issue. These individual's that ARE breaking the standard of European beauty and grasping the Ideal of an MORE Natural comfortable original state of appearance has to be conformed restraint and shaven because of there beliefs. Why is there no policy concerning Rastafari in T.C.I? Why are the Religious accommodation Forms never responded to? While Rastafari is included as one the Faith groups in T.C.I why does a Rasta like my self not able to observe or Fast, I have to Fast with the muslims..

... during Ramadan and observe in church on Sundays with the christians, If I need asistance from T.C.I as to my fasting and observance I have to get it with other religious observances not Rastafari. This is clearly discrimatory in nature and it is caused by T.C.I staff, inforced by T.C.I correctional officers. While you have individuals expressing the need for this acknowledgement of particular faith with-in T.C.I. the administration as well as Chaplain services ignores them, these actions draw the line and establishes T.C.I as a Rasta free institution it is also obvious that Rasta don't belong because Rastafari do not shave, cut or trim, comb and brush. A change has to start somewhere if all remedies are exhausted in T.C.I with out response or reason what is Rasta's suppose to do, we do not shave cut or trim! Do the O.D.R.C. know what its pushing for individuals like myself to do? Its not accept the things you can not change, its change the things you...

.. Can not Accept, IF this can not be changed
with the proper steps provided by administrative
Regulation or Federal, United States, statues establish
For the First amendmant Protection, how do you
think it shall be changed? by the same Force
threaten by T.C.I administration? Some thing
other has to be done! And why has there been
no other correspondance as to these issues, as iF
Rastafari is supposably to Just lie down And be
separated from his precepts. Respectfully submitted
please Review all that has been submitted concerning
Rastafari... as well as legal citations.

Please copie and send
original Back with response

Thank you For Reading

Ras Htop Arkeunya

Mr. Cecil Koger

On this day ___24th___, in the month of ___August___, year ___2016___. I Cecil KOGER appeared before Mr. ___Mark S. Burson___, a notary of ___Trumbull___ county Ohio and swore to be the creator and producer of this document without being forced, threathen, or promised a reward to do so and provided proper identification proving he is who he say he is?

MARK S BURSON
Notary Public
In and for the State of Ohio
My Commission Expires
October 06, 20__

CECIL KOGER

Notary

NOTARY PUBLIC/STATEWIDE
JURISDICTION

DRC4027 ~~13 day Ms. Loomis ARTICLE #~~ 5          Page 1 of 1 ✓

# Notice of Disciplinary Appeal

| Institution: | | RIB Case Number: | |
|---|---|---|---|
| | TCI | | TCI-16-004161 |

| Inmate Name: | | Number: | |
|---|---|---|---|
| | KOGER, CECIL | | A384698 |

Warden:

I appeal the Rule Infraction Board's decision rendered on _10-6-16_ that found that I

violated the following rule(s) _21_

TRUMBULL CORRECTIONAL INSTITUTION

OCT 12 2016

RECEIVED
WARDEN'S OFFICE

In my opinion the decision of the Rules Infraction Board was incorrect for the following reasons:
*(Be brief and specific in stating the basis for your appeal)*

☐ I did not waive my right to have 24 hours pass between the time I received a copy of the Conduct Report and my appearance before the RIB. I appeared before the RIB _____ hours after receiving the conduct report.

☐ I did not waive the presence of the charging official at the RIB hearing. The charging official did not appear.

☐ The RIB denied my request for a relevant witness.

☑ No evidence was introduced at the hearing to support the RIB's decision.

☑ Other (Be Brief and Specific): O.D.R.C Grooming Reg. (not A.R. 5120 9-25) states That if the individual holds a sincere religious belief he shall be exempted from the Grooming ~~policy~~ policy I have been exempted since 2008 because I am Rastafari As resently as 2013 in Allen corr. insti. I was written up for the same 21 rule violation And found not Guilty in R.I.B. My accomodation stated until hair is deemed A security risk it shall be left as is. My hair is still not deemed a security risk, no one has accused me of having anything in it, no one has asked to search it! Just because T.C.I do not have a policy on Rastafari do not mean Rastafari do not exist. This placement and Threat of cutting is a violation of Federal Statue: R.L.U.I.P.A

| Inmate Name: | Number: | Date: |
|---|---|---|
| *[signature]* | 384698 | 10-6-16 |

DRC 4027 (Rev. 03/04)                                                    ACA 4236

EXHIBIT
A-5

EXHIBIT A-6:

Partially Redacted Video of Force-Cut


Filed Manually with the Clerk