IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CECIL KOGER, | : |
| Plaintiff, | : Case No. 4:17-CV-02409 |
| | : |
| | : Judge Benita Y. Pearson |
| v. | : |
| | : |
| DIRECTOR GARY MOHR, et al., | : |
| | : |
| Defendants. | : |

### DECLARATION OF MIKE DAVIS

I, Mike Davis, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury and declare that the statements below are true:

1. I have personal knowledge of the facts in this Declaration. I am competent to testify about these facts.

2. I am presently employed by the Ohio Department of Rehabilitation and Correction ("ODRC") in various capacities, including Religious Services Administrator.

3. My job duties as Religious Services Administrator include the oversight of religious services for ODRC.

4. The prison must maintain some aspect of control in accommodating prisoners' religious requests in order to protect the security of the institution and avoid unnecessary expenses incurred for those who would assert false religious claims to gain special privileges or to disrupt prison life.

5. The State's resources are finite, and prisoner demands for specialized diets and food preparation are not. If prison administrators were required to blindly accept every request made by a prisoner espousing some religious reason without requiring some minimal showing of a sincerely held religious belief, their ability to run their prisons effectively would be compromised.

6. Since the opportunity for inmates to participate in religious practices is subject to the prison's security, safety, health, discipline, rehabilitation, order, limited resources and budgetary concerns, an inmate must submit a completed DRC4326 before being considered for religious accommodation.

7. The only DRC4326s submitted by Mr. Koger requesting religious accommodation since July 8, 2013 are as follows: July 8, 2013 (request to change religious affiliation from Rasta to Muslim); October 28, 2016 (request for religious accommodation to grow hair naturally allowing hair to take its natural course in locks); April 11, 2018 (request to change religious affiliation from Nyahbingi to Islam); and August 27, 2018 (request for religious accommodation to let his locks grow naturally, to have "Ital," to keep "Tam," to have grounding and observance of holidays and fast days, and to get/receive literature). True and accurate copies of each of these requests, and the responses thereto, are hereto attached

8. However, Mr. Koger's request for accommodation to observe "fast days" provided no information detailing the religious basis for his request or the number of fast days he was seeking to observe, much less who would be in attendance, what foods were permitted and precluded for each of the fast days, where each fast day would be observed, when each fast day would occur, how long each of the fast days would last, or any other requirements.

9. Nor did Mr. Koger's request for accommodation to have grounding provide any information detailing the religious basis for his request, much less who would be in attendance, what accoutrements, if any, would be needed, where the grounding would be held, when the grounding(s) would occur, or how many were being requested.

10. Nonetheless, Mr. Koger was not denied the ability to fast. Instead, he was provided a reasonable meal accommodation.

4-17-19
Date

Mike Davis
Religious Services Administrator

2

**RECEIVED**
JUL 25 2013
Religious Services

Ohio Department of Rehabilitation and Correction

# Request To Change Religious Affiliation

**To:** Chaplain's Office

**From:**

| Inmate Name: Cecil Koger | Number: #384688 |
|---|---|
| Institution | Date: 7-8-13 |

Present Religious Affiliation: Moslim Rasta

The Religious Affiliation To Which You Desire To Change To: Moslim

Reason For Requesting This Change: Ramadon

Inmate's Signature: Cecil Koger     Date: 7-8-13

Chaplain: ☒ Approved  ☐ Disapproved

Chaplain's Signature: [signature]   Date: 7-8-2013

*Inmates must wait 12 months before application to change affiliation again*

DRC4353 (Rev 12/05)

**DEFENDANTS' EXHIBIT B (Page 3 of 13)**



**Ohio** | Department of Rehabilitation & Correction

John R. Kasich, Governor
Gary C. Mohr, Director

Decision of the Religious Services Administrator
Request for Accommodation
Of Religious Practice

Cecil Kroger #384-698
Trumbull Correctional Institution
P.O. Box 901
Leavittsburg, OH 44030

RELIGIOUS AFFILIATION: Rastafarian

You have requested accommodation of the following practice based upon the reason indicated:

Request to have hair exemption for religious reasons.

Your request states a:

    Religious Issue
X   Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be:

    Approved
X   Not Approved

Reason:

Your request, *Cecil Kroger #384-698*, for hair exemption is disapproved. This is not a religious issue. It is subject to DRC 65-GRM-01.

Signature: _Michael Davis_ Date: November 30, 2016
Michael Davis, Ph. D.
Religious Services Administrator

Tracking Process
- ☐ Chaplains reviews request and makes recommendation
- ☐ Request is reviewed by Chaplain, DWSS, and DWO/Designee.
- ☐ Accommodation in forwarded to Warden for Warden's response.
- ☐ Warden's decision is forward back to inmate and Chaplain's office is copied.
- ☐ Inmate receives decision and may appeal if desired.
- ☐ Warden forwards appeal to OOP for Religious Services Administrator decision.
- ☐ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, and STG as needed.
- ☐ The final decision is made by the Religious Services Administrator (copy of final decision is filed).
- ☐ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified
    C:   Warden, Chaplain, Inmate's On Base File and Inmate

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| Offender Name: KOGER, CECIL | Number: 384698 |
|---|---|
| Current Religious Affiliation: Rastafarian | RE: DRC4326 Dated: 10/28/2016 |

**Chaplain Recommendation:**

Offender KOGER, CECIL, offender number 384698 is listed in DOTS as a Rastafarian since 08/04/2005. His request is to grow his hair. The official statement issued by the Religious Service Administrator: "The growing of hair is not a granted religious accommodation. This issue is addressed by DRC policy 65-GRM-01 and AR 5120-9-25-1". Referring to RSA at Operations Support Center.

RECEIVED NOV 28 2016 Religious Services

Chaplain's Signature: [signed] Date: 11/03/2016

**Accommodation Review Committee Response:**

Do not recommend Accommodation based on policy 65-GRM-01.

Committee Chairperson Signature: Dusi [Davis] Date: 11-7-16

**Warden's Decision:** ☐ Approved ☐ Disapproved ☑ Refer to Reg. Religious Services Admin.

Comment: Violation of policy 65-GRM-01 & with AR 5120-9-25

Religious accommodation is not granted for hair growth. Policy 65-GRM-0. Issue addressed by [signed] 11/30/16

Signature: [signed Charmaine Bray] Date: 11-05-16

DRC4327 E (Rev. 03/09)  Distribution: Warden, Chaplain, Offender, Religious Services Administrator, On Base File

Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

To: Chaplain's Office

From:

| Offender Name: Cecil Koger | Number: 384-CF18 |
|---|---|
| Institution: T.C.I | Date: 10-28-16 |

1. What is the religion to which you belong?

   RASTAFARI = THE ORDER OF NYABINGI

2. What is the specific accommodation that you are requesting?

   Exemption From Grooming Policy To grow hair naturally allowing hair to take its natural course in locks.

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? RASTAFARI - Livityi Re Written by Ras An bessa Ebanks; The Kebra Negast All Mansions of Rastafari grow their hair naturally For locks to Form it is mandate For the True Rasta. Its Found in the Bible as well as the other books mentioned above.

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Rastafari Elders, Ras Icdohis From Lion of Judah Society. Church of the Nazarene. Ras Jacob Marley Ras. Sully "Bobbi Sullivan" Rastafari Universal Order Prison Ministries "R.U.O." The Church of Haili Selassi I 29 Oxford st 470 "A" Gates Avenue Ba Beta Kristyan P.O. BOX 534 Brooklyn, NY 11216 Kingston Jamaica

Offender's Signature: [signature]   Date: 10-28-16

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326 (Rev 03/09)   Distribution: Religious Services Administrator, On Base file

DEFENDANTS' EXHIBIT B (Page 6 of 13)



**Ohio** | Department of Rehabilitation & Correction

John R. Kasich, Governor
Gary C. Mohr, Director

November 30, 2016

Cecil Kroger #384-698
Trumbull Correctional Institution
P.O. Box 901
Leavittsburg, OH 44030

Dear Mr. Kroger,

In response to your Offender's Appeal of Decision Regarding Religious Accommodation, the documentation submitted does not include the DRC 4327 Response to Request for Religious Accommodation. Therefore, I am returning your DRC form 4326 Request for Religious Accommodation for complete processing through the institution Chaplain.

Sincerely,

Dr. Michael Davis
Religious Services Administrator

Operation Support Center – Religious Services · 770 W. Broad Street · Columbus, Ohio 43222
www.drc.ohio.gov

**DEFENDANTS' EXHIBIT B (Page 7 of 13)**

RECEIVED
MAY 07 2018

Ohio Department of Rehabilitation and Correction

## Request To Change Religious Affiliation

Religious Services

**To:** Chaplain's Office

**From:** CECIL KOGER

| | |
|---|---|
| Inmate Name: CECIL KOGER | Number: 384-698 |
| Institution: LA.E.C.I | Date: 4-11-18 |

**Present Religious Affiliation:** Nyahbingi

**The Religious Affiliation To Which You Desire To Change To:** Islam

**Reason For Requesting This Change:** RAMADAN: I have been participating for the last sixteen years

| | |
|---|---|
| Inmate's Signature: [signed] | Date: 4-11-18 |

**Chaplain** ☒ Approved ☐ Disapproved

| | |
|---|---|
| Chaplain's Signature: [signed] | Date: 04/13/18 |

DRC 4353 E (Rev. 07/12)

**DEFENDANTS' EXHIBIT B (Page 8 of 13)**



John R. Kasich, Governor
Gary C. Mohr, Director

Decision of the Religious Services Administrator
Request for Accommodation
Of Religious Practice

Cecil Kroger #389-698
Richland Correctional Institution
P.O. Box 8107
Mansfield, OH 44901

RELIGIOUS AFFILIATION: Rastafarian

You have requested accommodation of the following practice based upon the reason indicated:

Request to have religious literature for religious reasons.

Your request states a:

**X**  Religious Issue
    Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be:

**X**  Approved
    Not Approved

Reason:
Your request, Cecil Kroger #389-698, to have religious literature is approved.

Signature: _____   Date: __July 23, 2018__

Michael Davis, PhD
Religious Services Administrator

Tracking Process
- ☐ Chaplains reviews request and makes recommendation
- ☐ Request is reviewed by Chaplain, DWSS, and DWO/Designee.
- ☐ Accommodation in forwarded to Warden for Warden's response.
- ☐ Warden's decision is forward back to inmate and Chaplain's office is copied.
- ☐ Inmate receives decision and may appeal if desired.
- ☐ Warden forwards appeal to OOP for Religious Services Administrator decision.
- ☐ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed.
- ☐ The final decision is made by the Religious Services Administrator (copy of final decision is filed).
- ☐ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified
    C:    Warden, Chaplain, Inmate's On Base File and Inmate



Ohio | Department of Rehabilitation & Correction

John R. Kasich, Governor
Gary C. Mohr, Director

Decision of the Religious Services Administrator
Request for Accommodation
Of Religious Practice

Cecil Kroger #389-698
Richland Correctional Institution
P.O. Box 8107
Mansfield, OH 44901

RELIGIOUS AFFILIATION: Rastafarian

You have requested accommodation of the following practice based upon the reason indicated:

Request to have religious head covering for religious reasons.

Your request states a:

**X** Religious Issue
    Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be:

**X** Approved
    Not Approved

Reason:
Your request, *Cecil Kroger #389-698*, to have religious head covering is approved. Must meet local security requirements and be ~~white or~~ beige in color.

Signature: _____ Date: July 23, 2018

Michael Davis, PhD
Religious Services Administrator

Tracking Process
- ☐ Chaplains reviews request and makes recommendation
- ☐ Request is reviewed by Chaplain, DWSS, and DWO/Designee.
- ☐ Accommodation in forwarded to Warden for Warden's response.
- ☐ Warden's decision is forward back to inmate and Chaplain's office is copied.
- ☐ Inmate receives decision and may appeal if desired.
- ☐ Warden forwards appeal to OOP for Religious Services Administrator decision.
- ☐ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed.
- ☐ The final decision is made by the Religious Services Administrator (copy of final decision is filed).
- ☐ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified
    C:     Warden, Chaplain, Inmate's On Base File and Inmate



**Ohio** | Department of Rehabilitation & Correction

John R. Kasich, Governor
Gary C. Mohr, Director

Decision of the Religious Services Administrator
Request for Accommodation
Of Religious Practice

Cecil Kroger #389-698
Richland Correctional Institution
P.O. Box 8107
Mansfield, OH 44901

RELIGIOUS AFFILIATION: Rastafarian

You have requested accommodation of the following practice based upon the reason indicated:

Request to grow dreadlocks for religious reasons.

Your request states a:

      Religious Issue
**X**   Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be:

      Approved
      Not Approved

Reason:
Your request, *Cecil Kroger #389-698*, to grow dreadlocks. DRC does not grant religious-accommodation for hair growth. This issue is addressed by AR-25-9 and DRC 65-GRM-01.

Signature: _____ Date: _____July 23, 2018_____

Michael Davis, PhD
Religious Services Administrator

Tracking Process
- ☐ Chaplains reviews request and makes recommendation
- ☐ Request is reviewed by Chaplain, DWSS, and DWO/Designee.
- ☐ Accommodation in forwarded to Warden for Warden's response.
- ☐ Warden's decision is forward back to inmate and Chaplain's office is copied.
- ☐ Inmate receives decision and may appeal if desired.
- ☐ Warden forwards appeal to OOP for Religious Services Administrator decision.
- ☐ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed.
- ☐ The final decision is made by the Religious Services Administrator (copy of final decision is filed).
- ☐ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified
      C:    Warden, Chaplain, Inmate's On Base File and Inmate

**RECEIVED**

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee | JUN 18 2018

## Response To Request For Religious Accommodation

Religious Services

| Offender Name: Cecil Koger | Number: A-389698 |
|---|---|
| Current Religious Affiliation: Rastafarian | RE: DRC4326 Dated: 05/27/2018 |

**Chaplain Recommendation:**

Inmate Koger has requested the following: 1) to grow his hair in locks, 2) to receive organic veggie and/or vegetarian meals (Ital meals), 3) to have and wear religious head covering (tam), 4) to order Rastafarian literature and 5) to observe Rastafarian holidays and fast days. I recommend, Inmate Koger requests be referred to Chief Michael Davis, Religious Services Administrator.

Chaplain's Signature: [signed] Date: 05/31/2018

**Accommodation Review Committee Response:**

concur with recommendation

(3) approved, must meet security requirements be white or beige in color

(4) Approved

Committee Chairperson Signature: [signed] Date: 6/5/18

**Warden's Decision:** ☐ Approved ☐ Disapproved ☑ Refer to Reg. Religious Services Admin.

**Comment**

Refer to Religious Services Admin. (1) DRC does not grant religious accommodation for hair to be addressed by AR 5120-25-19 and by DRC 656R MB

(2) DRC provides a reasonable accommodation.

Signature: D. Margo[?] Date: 6/5/18

DRC4327 E (Rev. 03/09)    Distribution: Warden, Chaplain, Offender, Religious Services Administrator, On Base File

**DEFENDANTS' EXHIBIT B (Page 12 of 13)**

Ohio Department of Rehabilitation and Correction
## Request For Religious Accommodation

To: Chaplain's Office

From: Cecil Koger

| Offender Name: Cecil Koger | Number: 389-698 |
|---|---|
| Institution: R.C.I | Date: 5-27-18 |

1. What is the religion to which you belong? Nyahbingi Rastafari

2. What is the specific accommodation that you are requesting?
To let my locks grow naturally
To have "Ital"
To keep "Tam"
To have grounding and observance of Holidays and Fist Days
To get recieve literatures

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? These are mandates for true Rastafari; It can be found in Rastafari livity, Bible, Kebra Wegest Fetha Wegest as well as other older texts

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Ras Iadnis of Lion of Judah Society
Ras Chastopher /Lion Tree of Rastafari Universal Order
Ras Sully and Ras J Morley. W.W. R.U.O.

| Offender's Signature: [signature] 384698 | Date: 5-27-18 |
|---|---|

This form is for approval of religious practices or beliefs not currently approved by the ODRC.

DRC4326 (Rev 03/09)   Distribution: Religious Services Administrator, On Base file

**DEFENDANTS' EXHIBIT B (Page 13 of 13)**