# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 19-4020

---

Filed: July 29, 2020

CECIL KOGER

    Plaintiff - Appellant      4:17cv2409 - BYP

v.

GARY C. MOHR, Director; TODD ISHEE, Regional Director; MICHAEL DAVIS, Religious Services Administrator; CHARMAINE BRACY, Warden; ALEXANDER KOSTENKO, Chaplain; RICHARD BOWEN, Former Deputy Warden; DAVE MARQUIS; DAVID BOBBY, In their individual and official capacities

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/07/2020 the mandate for this case hereby issues today.  Affirms in part, Reverses in part, and Remands

COSTS:  None