IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CECIL KOGER, : | |
| : | Case No. 4:17-CV-02409 |
| Plaintiff, : | |
| : | Judge Benita Y. Pearson |
| v. : | |
| : | |
| DIRECTOR GARY MOHR, et al., : | |
| : | |
| Defendants. : | |

## DEFENDANTS' NOTICE REGARDING ORDER

Defendants, by and through counsel, hereby respond to this Court's Non-document Order filed on Friday, July 9, 2021. The Ohio Department of Rehabilitation and Correction's Video Conferencing Center is still unable to accommodate counsel and the Court by providing a video link via Zoomgov for a 10:00 am video conference today. Video Conferencing staff has informed undersigned's office that video conferences need to be scheduled three weeks in advance due to limited resources.

Accordingly, pursuant to this Court's Order, Defendants provide two alternative dates and times. Plaintiff, counsel for both parties, an individual with settlement authority, the institution and the Video Conferencing Center are available for a video conference on August 10, 2021 at 9:00 am or August 11, 2021 at 9:00 am. Counsel has arranged for a six-hour time slot for each date.

Respectfully submitted,

DAVE YOST
Ohio Attorney General


s/ Mindy Worly
MINDY WORLY (0037395)
Principal Assistant Attorney General
Criminal Justice Section, Corrections Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-0161; Fax: (866) 474-4985
Mindy.Worly@OhioAttorneyGeneral.gov

*Trial Attorney for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on July 14, 2021. Notice of this filing will be sent to counsel for all parties via the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Mindy Worly
Mindy Worly (0037395)
Principal Assistant Attorney General