# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **CECIL KOGER,** : | |
| : | Case No. 4:17-CV-02409 |
| **Plaintiff,** : | |
| : | Judge Benita Y. Pearson |
| v. : | |
| : | |
| **DIRECTOR GARY MOHR, et al.,** : | |
| : | |
| **Defendants.** : | |

## **DEFENDANTS' NOTICE REGARDING ORDER**

Defendants, by and through counsel, hereby respond to this Court's Non-document Order filed on Wednesday, July 14, 2021 and give notice that along with the undersigned, ODRC employees Michelle Tatman, Mike Davis, Kenneth Black, and Byron Turner will attend the August 10, 2021 Final Pretrial Conference scheduled to begin at 9:00 am.  Ms. Tatman, ODRC Dietary Operations Manager, will be prepared to address the nutritional concerns of Mr. Koger's proposed dietary accommodations. Dr. Davis, ODRC's Religious Services Administrator, will be prepared to address the religious accommodation process and the factors he considers when deciding whether or not to allow requested accommodations. Warden Black, the managing officer of the Richland Correctional Institution, will be prepared to address the operational and security concerns implicated by Mr. Koger's proposed accommodations. In the event Warden Black is unable to attend, Regional Director Ed Banks will be prepared to attend. Mr. Turner, who is Staff Counsel for ODRC, will have the full and complete authority to enter into a settlement in this matter.  As such, they will be prepared to discuss the various health, security, and logistical considerations presented by Plaintiff's dietary and fasting accommodation requests, as well as any monetary settlement components.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s/ Mindy Worly
MINDY WORLY (0037395)
Principal Assistant Attorney General
Criminal Justice Section, Corrections Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Phone: (614) 728-0161; Fax: (866) 474-4985
Mindy.Worly@OhioAttorneyGeneral.gov

*Trial Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on July 16, 2021. Notice of this filing will be sent to counsel for all parties via the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Mindy Worly
Mindy Worly (0037395)
Principal Assistant Attorney General