PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CECIL KOGER, | ) | CASE NO. 4:17CV2409 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| GARY C. MOHR, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 80] |

Plaintiff has filed a Motion to Permit Legal Interns to Participate in Proceedings (ECF. No. 80).  In his motion, Plaintiff seeks permission for three current law students: Ginger Pinkerton, Makela Hayford, and Nathan Venesky to participate in this matter on his behalf.  ECF No. 80 at PageID #: 758.  Andrew Geronimo, counsel for Plaintiff, represents that these three students satisfy all requirements of Local Civil Rule 83.6. ECF No. 80 at PageID #: 759.

Accordingly, the Court is satisfied that the above-listed students meet the requirements of Local Rule 83.6., and hereby grants Plaintiff's motion (ECF No. 80).

   IT IS SO ORDERED.

  September 9, 2021                        */s/ Benita Y. Pearson*
Date                                       Benita Y. Pearson
                                           United States District Judge