| SUBJECT:<br>**Protestant Religious Services** | PAGE ___1___ OF ___4___ . |
| --- | --- |
| | NUMBER: **72-REG-03** |
| RULE/CODE REFERENCE: | SUPERSEDES:<br>72-REG-03 dated 01/25/09 |
| RELATED ACA STANDARDS: | EFFECTIVE DATE:<br>**February 12, 2018** |
| | APPROVED: |

**Ohio** | Department of Rehabilitation & Correction

## I.  AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

## II.  PURPOSE

The purpose of this policy is to provide information and guidance to chaplains, administrators and staff in managing and providing for the religious activities and practices of inmates in the custody of the Ohio Department of Rehabilitation and Correction (DRC). This policy is intended to be permissive rather than restrictive. The observances and religious items listed are generally approved accommodations for qualified inmates wishing to practice the subject faith.  Additional observances or practices may be permitted pursuant to DRC Policy 72-REG-02, Religious Accommodations.

## III.  APPLICABILITY

This policy applies to employees, independent contractors and volunteers of the DRC who provide or assist in providing religious services.

## IV.  DEFINITIONS

**Baptism, Protestant** - The initiation rite of the believer. It is administered in various ways, namely: dipping, sprinkling, or immersion.  It is an obligatory ordinance and fundamental tenet.

**Clergy of Record** - Clergy identified by the inmate as their current outside clergy member. Clergy must complete a Visiting Application (DRC2096) and send in a letter on letterhead stating they are the clergy of record and provide proof of professional certification. Associate or staff pastors may visit in place of the clergy of record with proper application and professional verifications.

**Holy Bible** - In its variety of translations is used as the final authority for Protestants.

*Defendants' Trial Ex. 3-1*

| SUBJECT: **Protestant Religious Services** | PAGE___2___ OF __4__. |

**Holy Communion/Lord's Supper** - The ordinance/sacrament that commemorates the death, burial, and resurrection of Jesus Christ.  Certain Protestant groups, such as Lutheran and Episcopalian, may take a higher, more "Catholic" view of Holy Communion.  It is an obligatory ordinance and fundamental tenet.

**Protestantism** - For the purposes of policy, the major religious catchment for all non-Catholic/Eastern Orthodox Christian inmates.

## V.    POLICY

It is the policy of the Ohio Department of Rehabilitation and Correction (DRC) that inmates, who wish to do so, may subscribe to any religious belief they choose.  Inmate religious practices, as opposed to belief, may be subject to reasonable time, place and manner restrictions.  Inmate participation in religious activities shall be voluntary. The opportunity for inmates to engage in particular religious practices shall be subject to the legitimate departmental or institutional interests and concerns, including security, safety, health, discipline, rehabilitation, order, and the limitations and/or allocation of resources.

## VI.    PROCEDURES

   A.    Initiation Rite/Ordinances:

   1.    For most Protestants, baptism is the rite of initiation; administered by some during infancy, for others following a period of instruction and/or affirmation of faith.  For others, initiation to the Christian faith is simply responding to an invitation to declare faith in Jesus Christ.

   2.    The Protestant ordinances (sometimes called sacraments) are Baptism and the Lord's Supper or Holy Communion.  Since Baptism by full immersion is the preferred mode within most Protestant groups, means for this should be made available when at all practical.  For Holy Communion, the use of bread (leavened or unleavened) and grape juice are the acceptable elements.

   3.    Since Baptism is a fundamental tenet of the Christian faith, the chaplain shall attempt to adequately address all Protestants who seek Baptism.  If the chaplain is Protestant, he/she may determine the readiness of the inquiring inmate and make arrangements with the Clergy of Record.  If there is no Clergy of Record and attempts to find a suitable Clergy have not been successful, a Protestant chaplain may elect to perform the Baptism.

   B.    Congregate Services:

   1.    A Protestant worship service consists of members of the various Protestant denominations assembling to worship God.  The chaplain shall lead the principal Protestant Sunday service when he/she is Protestant.  For purposes of this policy, determination of an inmate's standing or membership as a practitioner of this faith shall be made either by the chaplain or by the religious services administrator.

   2.    The chaplain will usually be the stated preacher.  Services may follow a variety of formats, but will often include singing with instrumental accompaniment, praying,

DRC 1362

| SUBJECT: **Protestant Religious Services** | PAGE___3___ OF ___4___. |
|---|---|

readings from the Holy Bible, preaching, an invitation to Christian discipleship, and celebration of the Lord's Supper or Holy Communion. The participation of inmates is central and may involve offering prayers, scripture readings, testimonies, and providing music through solo, choir, and instrumental offerings.

3.    At Protestant services other than the principal Sunday service, either the chaplain or a volunteer may lead with inmate participation as stated above. The chaplain or volunteer presents the sermon or lesson. Volunteers shall be under the ministerial oversight of the chaplain and shall avoid sectarian and controversial topics, emphasizing instead the common, fundamental truths of the Protestant faith.

4.    Inmates may not preside at services or preach. Inmates may, under supervision, provide designated instruction to others, as in the capacity of a program aide providing a program orientation.

5.    Other regular activities for the Protestant population may include Bible study classes, seminars, prayer gatherings, and choir or ensemble rehearsals. With the exception of music rehearsals, all such meetings shall be led by a chaplain or approved volunteer.

C.    Individual worship: This may include prayer bible study, but there is no specific religious requirement as to the form of individual practice.

D.    Dietary issues: No general dietary religious requirements noted. There may be days of fasting in different traditions.

E.    Holidays: The Protestant holidays include Easter (date varies) and Christmas (December 25).

F.    Holy book: Holy Bible

G.    Medical: No specific requirements are noted.

H.    Work proscriptions: There is no specific religious work proscriptions noted. Protestant inmates scheduled to work at the hour of worship may request a pass to attend the service.

I.    Religious Property:

1.    The Holy Bible and teaching material: Much devotional, educational, and religious literature is available for study and spiritual development. Inmates are entitled to possess a reasonable number of books in accordance with DRC Policy 61-PRP-01, Inmate Personal Property. Inmates housed in Transitional Program Units (TPUs) may have holy books in keeping with policy limitations.

2.    The cross may be worn on a chain as a religious medallion. Each inmate shall be permitted to possess one (1) cross that does not exceed two inches (2") in size and must conform to the limits set by DRC Policy, 61-PRP-01, Inmate Personal Property.

DRC 1362

| SUBJECT: **Protestant Religious Services** | PAGE___4___ OF __4__. |
|---|---|

3.   Religious accessories (i.e., bible covers, religious cassette tapes and CD's, cross and chain, etc.) may be approved by the chaplain depending on the institution's inmate property policy.

4.   Female inmates of the Pentecostal/Holiness tradition may wish to wear a head covering while in the worship service.  They may elect to place a handkerchief or other approved covering on their heads only while in the service. White is the approved color for all head coverings.

J.   Grooming:  No specific religious requirements noted.

K.   Religious Leaders:  Any congregate services must be led or supervised by approved religious leaders identified as outside volunteers, independent contractors, or employees of DRC.  There are to be no inmate led groups.

L.   Death and Burial:  No specific religious requirements are noted.

DRC 1362

*Defendants' Trial Ex. 3-4*