| SUBJECT: **Jewish Religious Services** | PAGE ___1___ OF ___4___ . |
| | NUMBER: **72-REG-07** |
| RULE/CODE REFERENCE: | SUPERSEDES: 72-REG-07 dated 01/25/09 |
| RELATED ACA STANDARDS: | EFFECTIVE DATE: **February 12, 2018** |
| | APPROVED: |

**Ohio** | Department of Rehabilitation & Correction

## I.   AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

## II.   PURPOSE

The purpose of this policy is to provide information and guidance to chaplains, administrators, and staff in managing and providing for the religious activities and practices of inmates in the custody of the Ohio Department of Rehabilitation and Correction (DRC).  This policy is intended to be permissive rather than restrictive.  The observances and religious items listed are generally approved accommodations for qualified inmates wishing to practice the subject faith.  Additional observances or practices may be permitted pursuant to DRC Policy 72-REG-02, Religious Accommodations.

## III.   APPLICABILITY

This policy applies to employees, independent contractors, and volunteers of the DRC who provide or assist in providing religious services.

## IV.   DEFINITIONS

**Fast** -   Fasting is the practice of abstaining from food for a specified period of time.  The act of fasting may be associated with a period of individual or congregate prayer, worship, or other religious observances.

**Kippah (Yarmulke)** - Skullcap required for male Jews to wear in the approved color of White or Beige only.

**Kosher (Kashrut)** - The purity laws for food consumed by any practicing Jew.

**Shabbat (the Sabbath)** - The period from thirty-five (35) minutes before sunset on Friday to thirty-five (35) minutes after sunset on Saturday; where permitted, it commences with a candle lighting ceremony including at least two (2) candles (lit prior to sundown).

*Defendants' Trial Ex. 5-1*

| SUBJECT: **Jewish Religious Services** | PAGE___2_____ OF ___4___ . |
|---|---|

**Tefillin (Phylacteries)** - Hand sewn, small leather boxes with leather straps to be worn on the head and arm during daily prayer (except Shabbat and some holidays).  These boxes remain sealed and should only be opened by a Rabbi.

**Tzitzit** - White undergarment that may be worn at all times by Jewish males; has fringes of string at the bottom that hangs outside and below the belt.  Level 4 or Level 5 inmates shall wear them tucked inside their pants when not at worship service and when outside their housing unit.

## V.    POLICY

It is the policy of the Ohio Department of Rehabilitation and Correction (DRC) that inmates, who wish to do so, may subscribe to any religious belief they choose.  Inmate religious practices, as opposed to belief, may be subject to reasonable time, place and manner restrictions.  Inmate participation in religious activities shall be voluntary. The opportunity for inmates to engage in particular religious practices shall be subject to the legitimate departmental or institutional interests and concerns, including security, safety, health, discipline, rehabilitation, order, and the limitations of and allocation of resources.

## VI.    PROCEDURES

A.    Congregate Services:  Where institution facilities and staff availability permit, congregate services should be observed on Shabbat and Holy Days.  Congregate Services must be led by a cantor or a Rabbi.  In no event shall inmates be permitted to lead or conduct congregate worship services.  For purposes of this policy, determination of an inmate's standing or membership as a practitioner of the Jewish faith shall be made either by the Rabbi providing religious services for the institution housing that individual; or by a Rabbi consulted by the religious services administrator.

B.    Individual Worship Practice:  An observant male prays at morning, before sundown, and at night.  These prayers may be observed in the inmate's living area/cell.

C.    Dietary Requirements: The DRC shall accommodate Kosher dietary restrictions to recognized Jewish inmates pursuant to DRC Policy 72-REG-02, Religious Accommodations.

D.    Holy Days:  Most are tied to the lunar calendar; the religious services administrator shall consult rabbinical authorities regarding the Jewish calendar and the dates for the holidays.

1.    Major Festivals – If available, a Jewish volunteer or Rabbi may lead congregate prayers:

a.    Rosh Hashanah – The Jewish New Year commemorating creation; celebrated over two (2) days.  As part of Jewish tradition and practice, work is proscribed on these days for those observing this holiday.

b.    Yom Kippur – A fast day, the Day of Atonement ends ten (10) days of reflection.  As part of Jewish tradition and practice, work is proscribed for the Day of Atonement only.

DRC 1362

| SUBJECT: **Jewish Religious Services** | PAGE___3___ OF ___4___. |

    c.  <u>Sukkoth</u> – The Festival of Booths and including the following Festival of Simcha Torah. As part of Jewish tradition and practice, the first two (2) days and the eighth (8th) and ninth (9th) days are work proscribed for those observing the holiday.

    d.  <u>Passover</u> – An eight-day observance commemorating the exodus from Egypt. Leavened materials are removed and "Kosher for Passover" requirements are added to the diet.  Kosher for Passover meals differ from regular Kosher meals. The feast begins with a Seder meal and ends on the eighth (8th) day with a final Seder meal. As part of Jewish tradition and practice, work is proscribed on the first two (2) and final two (2) days for those observing this holiday.

    e.  <u>Shavuot</u> – This two-day festival commemorates the giving of the Law on Mt. Sinai. As part of Jewish tradition and practice, work is proscribed for those observing this holiday.

2.    Jewish inmates wishing to observe one (1) of the Holy Days listed above and wishing to be excused from work, must comply with the procedures set forth in DRC Policy 72-REG-02, Religious Accommodations, section VI.J.2.

3.    Minor Festivals - If available, a Jewish volunteer or Rabbi may lead congregate prayers:

    a.  <u>Hanukkah</u> - The festival which commemorates the victory of the Maccabees.  It is not work proscribed.  There is a daily provision for the lighting of the Menorah candles, if supervision is available.
    b.  <u>Purim</u> - Commemorates the events of the book of Esther.  It is not work proscribed.
    c.  <u>Tisha B'av</u> – Mourns the first and second destruction of the Temple.  It is a fast day and work is not proscribed.
    d.  <u>Tu B'Shvat</u> – A time of tithing and honoring God's continuing role in creation.  Work is not proscribed.

E.    Holy Book: There are a variety of books that are used in and are important to practice of the Jewish faith. Some of those books are listed herein:

1.    The Tanach is the Scripture for the Jewish Faith.
2.    A Siddur, or prayer book, is used on a daily basis.
3.    The Machzor prayer book is used at the High Holy Days (Rosh Hashanah and Yom Kippur),
4.    Haggadah prayer book for Passover Seder services, and
5.    Chumash (Torah) is used for weekly Torah study.

(It may be necessary to consult with the Rabbi providing service to the institution to resolve questions regarding the possession or use of particular texts by Jewish inmates. Inmates are entitled to possess a reasonable number of books in accordance with DRC Policy 61-PRP-01, Inmate Personal Property. Inmates housed in Transitional Program Units may have holy books in keeping with policy limitations.)

*Defendants' Trial Ex. 5-3*

| SUBJECT: **Jewish Religious Services** | PAGE___4___ OF __4__. |
|---|---|

F.     Medical Treatment: There are no restrictions.

G.     Work Proscriptions: Consultation with a Rabbi may be necessary to resolve questions about what may be done on days on which work proscriptions are observed.

H.     Religious property

    1.     Items approved for individual religious practice:
        a.   Kippah (Yarmulke) – Two (2) per inmate, white or beige only;
        b.   Tallit – One (1) prayer shawl per inmate;
        c.   Tzitzit – Three (3) per inmate
        d.   Tefillin with bag – one (1) set (head and arm) per inmate
        e.   Holy Books

    2.     The following items are approved for congregate services and observances:
        a.   Shofar – Ram's horn instrument for Holy Days
        b.   Passover plates and cups
        c.   Candles (Sabbath and Hanukkah)
        d.   Lulav and Etrog (Palm branches and citrus fruit) for Sukkoth

I.     Grooming:  Observant males, especially in the Orthodox tradition, may refrain from cutting the hair growing from their temples or sides of their heads and do not shave or cut their beards.  Any requests for deviation from the grooming code must be made in accordance with DRC Policy 72-REG-02, Religious Accommodations.

J.     Religious leaders:  Any congregate services must be led or supervised by approved religious leaders (i.e., outside volunteers, independent contractors, or employees of DRC).  Inmates may not lead groups.

K.     Death and Burial:  For burial restrictions, a Rabbi may need to be consulted.

DRC 1362