| | | |
|---|---|---|
| **SUBJECT:**<br>**Buddhist Religious Services** | PAGE ___1___ OF ___2___. | |
| | NUMBER: **72-REG-08** | |
| RULE/CODE REFERENCE: | SUPERSEDES:<br>72-REG-08 dated 01/25/09 | |
| RELATED ACA STANDARDS: | EFFECTIVE DATE:<br>**February 12, 2018** | |
| | APPROVED: | |

**Ohio** | Department of
Rehabilitation & Correction

## I.     AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

## II.     PURPOSE

The purpose of this policy is to provide information and guidance to chaplains, administrators and staff in managing and providing for the activities and practices of inmates in the custody of the Ohio Department of Rehabilitation and Correction (DRC). This policy is intended to be permissive rather that restrictive. The observances and religious items listed are generally approved accommodations for qualified inmates wishing to practice the subject faith. Additional observances or practices maybe permitted pursuant to DRC Policy 72-REG-02, Religious Accommodations.

## III.     APPLICABILITY

This policy applies to employees, independent contractors and volunteers of the DRC who provide or assist in providing religious services.

## IV.     DEFINITIONS

None

## V.     POLICY

It is the policy of the DRC that inmates, who wish to do so, may subscribe to any religious belief they choose. Inmate religious practices, as opposed to belief, may be subject to reasonable time, place and manner restrictions. Inmate participation in religious activities shall be voluntary. The opportunity for inmates to engage in particular religious practices shall be subject to the legitimate departmental or institutional interests and concerns, including security, safety, health, discipline, rehabilitation, order, and the limitations of and allocation of resources.

*Defendants' Trial Ex. 6-1*

| SUBJECT: **Buddhist Religious Services** | PAGE___2___ OF ___2___. |
| --- | --- |

**VI.    PROCEDURES**

    A.    Congregate Services:   Congregate Buddhist Services shall be led only by persons who are properly credentialed as a Buddhist Priest, Nun, Monk or an outside religious leader endorsed by his/her teacher.  Chanting is common for Buddhist groups and is usually done in the local language.  Buddhist inmates, under the supervision of the outside religious leader, may assist by saying prayers and leading chants.  For purposes of this policy, determination of an inmate's standing or membership as a practitioner of this faith shall be made either by the person providing religious services for the institution housing that individual or by a qualified Buddhist religious leader consulted by the religious services administrator.

    B.    Individual Worship Practice:   Worship practices vary depending on sect and culture.   Most Buddhists practice a form of silent, sitting meditation.   Individual Buddhist worship is to be conducted in the inmate's cell/bed area.

    C.    Diet Requirements: Religious dietary requirements are to be approved through the religious services administrator in cooperation with the dietary operations manager.

    D.    Holy Book:  There is no single holy book for Buddhists; however, collections of various teaching in a variety of editions may be utilized.  Buddhists in Transitional Program Units may possess holy books in keeping with local policy limitations.

    E.    Medical Treatment:  No religious restrictions are noted.

    F.    Work Proscriptions:  No specific requirements are noted.

    G.    Religious Property:

        1.    Mala beads are a string of 108 beads used during chanting and prayers.  There is a smaller "wrist mala".  Buddhist inmates are limited to one (1) large and one (1) small mala.
        2.    Small pictures or images of deities/holy persons for meditation.
        3.    Other religious items may be requested in accordance with DRC Policy 72-REG-02, Religious Accommodations.

    H.    Grooming:  No specific religious requirements are noted.

    I.    Religious Leaders:  Any congregate services must be led or supervised by approved religious leaders identified as outside volunteers, independent contractors, or employees of DRC.  Inmates may not lead groups.

    J.    Death and Burial:  No specific religious requirements are noted.

*Defendants' Trial Ex. 6-2*