| | |
|---|---|
| SUBJECT:<br>**Roman Catholic – Orthodox Religious Services** | PAGE   1   OF   4  . |
| | NUMBER: **72-REG-11** |
| RULE/CODE REFERENCE: | SUPERSEDES:<br>72-REG-11 dated 01/03/11 |
| RELATED ACA STANDARDS: | EFFECTIVE DATE:<br>**March 12, 2018** |
| | APPROVED: |

Ohio Department of Rehabilitation & Correction

I. **AUTHORITY**

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

II. **PURPOSE**

The purpose of this policy is to provide information and guidance to chaplains, administrators and staff in managing and providing for the religious activities and practices of inmates in the custody of the Ohio Department of Rehabilitation and Correction (DRC). This policy is intended to be permissive rather than restrictive. The observances and religious items listed are generally approved accommodations for qualified inmates wishing to practice the subject faith. Additional observances or practices may be permitted pursuant to DRC Policy 72-REG-02, Religious Accommodations.

III. **APPLICABILITY**

This policy is applicable to employees, independent contractors and volunteers of the DRC who provide or assist in providing religious services and necessary access to facilities in Ohio's correctional institutions.

IV. **DEFINITIONS**

**"Catholic" Bible** - An approved translation of the Bible containing all the books accepted as canonical by the Catholic Church. This includes certain Old Testament books (Deuterocanonical or "apocryphal") not found in the Hebrew canon and removed from the canon by the Reformers. The approved Orthodox Bible is similar to the Catholic Bible.

**Eastern Catholic** - One who is a baptized member of one of the Eastern Catholic Churches (i.e., Ukrainian Catholic, Greek Catholic, Maronite Catholic); the Eastern Catholic Churches are in full communion with the Holy See in Rome.

| SUBJECT: Roman Catholic – Orthodox Religious Services | PAGE  2  OF  4 . |
|---|---|

**Mass (Divine Liturgy)** - The primary worship of the Catholic (or Orthodox Church). The Mass includes the liturgy of the Word (i.e., prayer, scripture readings, and homily) and the liturgy of the Eucharist (the Eucharistic prayer and Communion).  A bishop or priest must preside at a Mass.  A Roman Catholic deacon or lay volunteer may preside over the prayers and readings from Scripture and distribute Communion previously consecrated by a priest.  An ordained deacon can also give a homily.

**Orthodox** - One who practices Christianity as taught by the Orthodox Church whose leader is one of the Patriarchs (i.e., Greek, Russian, Serbian, etc.).

**Reconciliation/Confession** - This sacrament involves the confession of sins to a priest for the purpose of receiving absolution.  The priest is bound by the seal of Confession and cannot reveal the contents of the Confession under any circumstances.  The sacrament requires a setting that is strictly private and confidential.

**Roman Catholic** - One who is baptized and in full communion with the Catholic Church in its visible structure by the bonds of profession of faith, of sacraments, and of ecclesiastical governance.  Specifically, a Roman Catholic is a baptized member of the Roman (Western) church, which recognizes the leadership of the Holy See in Rome.

V. **POLICY**

It is the policy of the Ohio Department of Rehabilitation and Correction (DRC) that inmates, who wish to do so, may subscribe to any religious belief they choose.  Inmate religious practices, as opposed to belief, may be subject to reasonable time, place and manner restrictions.  Inmate participation in religious activities shall be voluntary. The opportunity for inmates to engage in particular religious practices shall be subject to the legitimate departmental or institutional interests and concerns, including security, safety, health, discipline, rehabilitation, order, and the limitations of and allocation of resources.

VI. **PROCEDURES**

    A.    Congregate Services

        1.    Where congregate services for Roman Catholic or Orthodox inmates are appropriate and they cannot be provided by the institutional chaplain, then the institution shall attempt to make necessary arrangements with the Roman Catholic parish to provide services to adherents of that faith; or, with an Orthodox parish to provide for adherents of that faith.

        2.    Items for the Mass:  If Communion bread is not available in the chapel, the priest may bring sufficient quantities for the communion.

        3.    Reconciliation/Confession: There must be a private space, preferably in the chapel or chaplain's office, as space and security permit, for the individual to speak privately in the presence of the priest.

        4.    The sacrament of the anointing of the sick is celebrated by a priest when a Catholic is seriously ill. It consists of special prayers and the anointing of the person on the forehead and hands. It may be celebrated individually or during Mass.

| SUBJECT: **Roman Catholic – Orthodox Religious Services** | PAGE __3__ OF __4__ . |
|---|---|

B. Individual Worship Practice

Individual observances of the prayers of a Prayer Book and other recognized private practices may be permitted in the inmate's living area.

C. Dietary Requirements

Catholics are asked to abstain from meat on Ash Wednesday and the Fridays of Lent.

D. Holy Days

The institution shall attempt to provide Catholic services for the Days of Obligation of the Catholic Church year. The Orthodox Church uses a different calendar and some of the following holidays are not observed by the Orthodox. The principal Catholic Holy Days include the following:

1. Sunday is a day of worship; however, work assignments are not prohibited on this day. For purposes of Sunday observance, the Sunday Mass may ordinarily be celebrated on Saturday afternoon or evening. The availability of a priest and the requirements of institution scheduling may necessitate further accommodation. The Mass may be observed on another day due to security requirements and the availability of the proper clergy or qualified lay volunteer to lead the services. Catholic inmates should be provided excused absences or a pass to attend Mass if there is a scheduling conflict due to a school or work assignment. Catholics may perform necessary work assignments on Days of Worship.

2. Easter, a moveable feast falling between March 22 and April 25, is the celebration of the Lord's Resurrection and is preceded by a time of spiritual preparation during the forty (40) days prior (Lent), a time of spiritual renewal and penance.

3. Lent begins with Ash Wednesday. During Lent, there are two (2) fast days for Roman Catholics: Ash Wednesday and Good Friday. Catholics are asked to abstain from meat on the Fridays of Lent. A non-meat alternative meal will be available on Ash Wednesday and during the Fridays of Lent due to the abstinence obligation.

4. The week prior to Easter Day, known as Holy Week, shall include special observances, on Holy Thursday, Good Friday, and the celebration of the Easter Vigil on Holy Saturday. Note: The Orthodox celebration of Easter frequently does not coincide exactly with the date celebrated by Catholic and Protestant Christians.

5. Catholics in the United States observe six (6) Holy Days of Obligation: Mary the Mother of God, January 1; Ascension of the Lord (falls in the Easter Season at 40 days following the moveable feast of Easter); Assumption of Mary, August 15; All Saints Day, November 1; Immaculate Conception, December 8; Christmas, December 25. Some of these may be designated to be celebrated on the nearest Sunday rather than on the date. On these days, Catholics should attend Mass. There is, however, no prohibition against necessary work.

| SUBJECT: **Roman Catholic – Orthodox Religious Services** | PAGE __4__ OF __4__ |
|---|---|

E. Requirements for Membership

For purposes of this policy, determination of an inmate's standing or membership as a practitioner of this faith shall be made either by the chaplain, the person providing religious services for the institution housing that individual, or by the religious services administrator.

F. Holy Books

"Catholic" Bible: An approved translation of the Bible containing all the books accepted as canonical by the Catholic Church. This includes certain Old Testament books (Deuterocanonical or "apocryphal") not found in the Hebrew canon and removed from the canon by the Reformers. The approved Orthodox Bible is similar to the Catholic Bible. Other holy books include a prayer book or Missal.

G. Medical Treatment: There are generally no restrictions regarding medical treatment.

H. Work proscriptions:  No specific work proscriptions are noted.

I. Authorized Religious Items – Other items may be approved pursuant to DRC Policy 72-REG-02, Religious Accommodations.

   1. Inmates may receive one (1) crucifix, cross, or religious medallion and one (1) chain; maximum size shall not exceed two inches (2"). The value limit is set by DRC policy 61-PRP-01, Inmate Personal Property.

   2. Scapular: A scapular is a small piece of cloth with a sacred image worn around the neck.

   3. Rosary or prayer beads: A rosary is a looped chain or string with beads with a crucifix at the end used to count off prayers while meditating on events from the life of Christ.

   4. Bible, prayer book, and spiritual writings.

   5. Icons – Images of the Lord and his saints; size and limit subject to local policy.

J. Religious Leaders

Any congregate services must be led or supervised by approved religious leaders including either outside volunteers, independent contractors, or employees of DRC. There are to be no inmate led groups.

K. Death and burial: No specific requirements noted.

DRC 1362

**Defendants' Trial Ex. 9-4**