| | SUBJECT: | PAGE 1 OF 4 . |
|---|---|---|
| STATE OF OHIO<br><br>DEPARTMENT OF REHABILITATION AND CORRECTION | **Muslim Religious Practices** | NUMBER: 72-REG-12 |
| | RULE/CODE REFERENCE: | SUPERSEDES:<br>71-REG-12 dated 01/03/11 |
| | RELATED ACA STANDARDS: | EFFECTIVE DATE:<br>December 26, 2012 |
| | | APPROVED: |

I. **AUTHORITY**

This policy is issued in compliance with Ohio Revised Code 5120.01 which delegates to the Director of the Department of Rehabilitation and Correction the authority to manage and direct the total operations of the Department and to establish such rules and regulations as the Director prescribes.

II. **PURPOSE**

The purpose of this policy is to provide information and guidance to chaplains, administrators, and staff in managing and providing for the religious activities and practices of inmates in the custody of the Department. This policy is intended to be permissive rather than restrictive. The observances and religious items listed are generally approved accommodations for qualified inmates wishing to practice the subject faith. Additional observances or practices may be permitted pursuant to Department Policy 72-REG-02, Religious Accommodations.

III. **APPLICABILITY**

The policy applies to employees, independent contractors, and volunteers of the Department who provide or assist in providing religious services.

IV. **DEFINITIONS**

English translations and transliterations of Arabic words and phrases have been included in alphabetical order for quick reference.

**Eid** - There are two great festivals of profound significance for all Muslims. Both go under the name 'Eid, which means a recurring happiness; both are connected with the performance of duty in the service of Allah.

**Holy Qur'an** - Central religious text of Islam.

**Imam** - The one who leads the prayer.

DRC 1361 (Rev. 04/08)

*Defendants' Trial Ex. 10-1*

| SUBJECT: Muslim Religious Practices | PAGE __2__ OF __4__ |
|---|---|

**Jumah** - The obligatory congregational prayer on Friday between 12:30-3:00pm.

**Kufi** - A Muslim man's head covering.

**Miswak** - A wooden tooth cleaner.

**Taleem** - Religious education or studies.

V. **POLICY**

It is the policy of the Ohio Department of Rehabilitation and Correction (DRC) that inmates, who wish to do so, may subscribe to any religious belief they choose. Inmate religious practices, as opposed to belief, may be subject to reasonable time, place, and manner restrictions. Inmate participation in religious activities shall be voluntary. The opportunity for inmates to engage in particular religious practices shall be subject to the legitimate Departmental or institutional interests and concerns, including security, safety, health, discipline, rehabilitation, order, and the limitations of and allocation of resources.

VI. **PROCEDURES**

    A.    Congregate Worship: DRC has two regularly scheduled congregate services or activities.

        1.    Jumah: The congregational prayer on Friday between 12:30-3:00 pm.

        2.    Taleem: Religious education or studies.

    B.    For purposes of this policy, determination of an inmate's standing, or membership as a practitioner of the Islamic faith shall be made either by the Imam providing religious services for the institution housing that individual or by an Imam consulted by the Religious Services Administrator.

    C.    Individual Worship Practices

    Individual prayer is permissible. Given the flexibility of institutional schedules, Muslim inmates should already have sufficient opportunity to pray during their normal schedules without the need for disruption or special accommodation.

    D.    Diet

    The diet will be free of all pork and products containing or derived from pork. The institution will provide nutritionally adequate meat and non-meat alternatives.

    E.    Holidays or Special Observances: The principal holiday observances are the Ramadan fast and the Eid feasts.

DRC 1362

**Defendants' Trial Ex. 10-2**

| | |
|---|---|
| SUBJECT: Muslim Religious Practices | PAGE __3__ OF __4__ |

1. Ramadan: The fast is obligatory on the Muslim who can do it without physical or mental hardship to them. The month of Ramadan can have 29 or 30 days, depending on the actual sighting of the crescents of the new moon. The Department will receive the beginning date from the Islamic Society of North America (ISNA). The fast is broken daily at sun set.

    a. Inmates observing Ramadan will fast and take no meals during the day between sunrise and sunset, during period of religious observance.  Inmates observing Ramadan will be provided with two meals per day; one in the morning to be eaten before the day's fast begins and one in the evening at end of the day's fast.  These meals may be prepared "brown bag" meals and together they shall have sufficient caloric nutritional level to meet daily department dietary standards.
    b. When led by an authorized religious leader, inmates observing Ramadan will be given an opportunity for congregate evening prayer in the designated area (chapel) in the evening on each day of Ramadan.
    c. While discreet personal prayers at the table are permitted, prayers involving kneeling, audible chanting, or group activity are not permitted in the dining hall during meal time.
    d. Inmates participating in Ramadan shall continue their normal work assignments and institution programs. No additional privileges, limitations or restrictions shall be placed on them during Ramadan, other than allowing observance of the special requirements for the taking of their meals.
    e. Muslim inmates, in special housing units during Ramadan and who wish to fast, may be fed in their cells with appropriate meals before dawn and after sunset.
    f. The Muslim Religious Service Provider will be the only person to add or delete a Muslim inmate from the fast list. However, if a Muslim inmate does not pick up the brown bag breakfast for three consecutive nights or eats in the dining hall during the period of fasting, s/he will be suspended from further participation in the fast unless or until re-instated by the chaplain on the recommendation of the Muslim Religious Service Provider.

2. Eid:  The Eid-ul-adha meal(s) are to be served in the dining hall after the normal lunch time feeding of the inmate population. The meal is limited to those inmates who were approved to participate in the fast and who attended the prayer service that morning.

F. Holy Book: The primary holy book is the Holy Qur'an.

G. Medical:  There are no specific medical treatment requirements for the Muslim religion.

H. Work Proscriptions:  No specific work proscriptions are noted.

I. Religious Property

The following property has been generally approved and may be obtained from an approved vendor:

1. A white or beige kufi.

DRC 1362

**Defendants' Trial Ex. 10-3**

2. Oils (non-alcohol) purchased from an approved vendor if not available in the commissary. The inmate possession limit is no more than 1 oz. at any given time.
3. Dhikr beads may be possessed in one's hand, but not worn or displayed. They are to be a little larger than a navy bean, plastic or wood only with a 33 count.
4. Wooden tooth cleaner (miswak) is not to be any longer than 6 inches and no thicker than a pencil. The Muslim inmate is permitted six-sticks.
5. The inmate will be permitted to possess and wear a white mid-thigh shirt; black is not permitted. They may wear the shirt within their living unit and during religious services, but not in general areas of he institution.
6. The inmate will be permitted to possess a prayer rug for use in his living quarters during scheduled services and on the yard. The size of the prayer rug shall measure no more than 2 feet 4 inches in width and 4 feet in length. It may be multicolored (no color restriction) or it may be solid colored. Solid colors of blue and red are not permitted.
7. Headscarves for Muslim women may be worn and will meet the following measurements: 34 1/2 inches x 34 1/2 inches x 48 3/4 inches and must be white or beige in color. Inmates may have no more than three headscarves.

J. Grooming: No specific requirements are noted.

K. Religious Leaders

Any congregate services must be led or supervised by approved religious leaders including either outside volunteers, independent contractors, or employees of DRC. There are to be no inmate led groups.

L. Death and Burial

If a Muslim inmate dies and no family member claims the body, Islamic practice is to complete the burial ceremony as soon as possible. Traditionally the body is washed and shrouded in three white seamless sheets. The funeral service (the body need not be there) consists of a prayer led by the Muslim Religious Service Provider. An autopsy may be performed as necessary or otherwise required by law. Cremation is not consistent with Muslim beliefs.