**RECEIVED**
JUL 25 2013

Ohio Department of Rehabilitation and Correction
Religious Services

# Request To Change Religious Affiliation

**To:** Chaplain's Office

**From:**

| Inmate Name: Cecil Koger | Number: #384-698 |
|---|---|
| Institution | Date: 7-8-13 |

Present Religious Affiliation: Muslim ~~Rasta~~

The Religious Affiliation To Which You Desire To Change To:
Muslim

Reason For Requesting This Change:
Ramadan

| Inmate's Signature: Cecil Koger | Date: 7-8-13 |
|---|---|

**Chaplain** ☑ Approved ☐ Disapproved

| Chaplain's Signature | Date: 7-8-2013 |
|---|---|

Inmates must wait 12 months before application to change affiliation again

DRC4353 (Rev 12/05)

OP - Religious Services - 8/8/2013

DRC000216

**Defendants' Trial Ex. 13-1**

RECEIVED MAY 07 2018

Ohio Department of Rehabilitation and Correction
Religious Services

## Request To Change Religious Affiliation

To: Chaplain's Office

From: Cecil Koger

| Inmate Name: Cecil Koger | Number: 384-698 |
|---|---|
| Institution: LAE. C.I. | Date: 4-11-18 |

Present Religious Affiliation: Nyahbingi

The Religious Affiliation To Which You Desire To Change To: Islam

Reason For Requesting This Change: Ramadan: I have been participating for the last sixteen years

Inmate's Signature: [signature] Date: 4-11-18

Chaplain ☑ Approved ☐ Disapproved

Chaplain's Signature: [signature] Date: 04/13/18

DRC 4353 E (Rev. 07/12)

**EXHIBIT A-2**

RECEIVED
JUL 25 2013

Ohio Department of Rehabilitation and Correction Religious Services

## Request To Change Religious Affiliation

To: Chaplain's Office

From:

| Inmate Name: Cecil Koger | Number: #384685 |
|---|---|
| Institution | Date 7-8-13 |

Present Religious Affiliation: Moslim Rasta

The Religious Affiliation To Which You Desire To Change To: Muslim

Reason For Requesting This Change: Ramadon

Inmate's Signature: [signature] Date 7-8-13

Chaplain ☑ Approved ☐ Disapproved

Chaplain's Signature: [signature] Date 7-8-2013

Inmates must wait 12 months before application to change affiliation again

DRC4353 (Rev 12/05)

**DEFENDANTS' EXHIBIT B (Page 3 of 13)**
*Defendants' Trial Ex. 13-3*

RECEIVED
MAY 07 2018
Religious Services

Ohio Department of Rehabilitation and Correction

## Request To Change Religious Affiliation

To: Chaplain's Office

From: CECIL KOGER

Inmate Name: CECIL KOGER
Number: 384-698
Institution: LAE.C.I
Date: 4-11-18

Present Religious Affiliation: Nyahbingi

The Religious Affiliation To Which You Desire To Change To: Islam

Reason For Requesting This Change: RAMADAN: I HAVE BEEN PARTICIPATING FOR THE LAST SIXTEEN YEAR'S

Inmate's Signature: [signature]
Date: 4-11-18

Chaplain: ☑ Approved  ☐ Disapproved
Chaplain's Signature: [signature]
Date: 04/13/18

DRC 4353 E (Rev. 07/12)