# Ohio Department of Rehabilitation and Correction

Religious Services
770 West Broad Street
Columbus, OH  43222

Ted Strickland, Governor                    www.drc.ohio.gov                    Ernie L. Moore, Director

Decision of the Religious Services Administrator

Request for Accommodation
Of Religious Practice

**Koger, Cecil #384-698**
Toledo Correctional Institution
2001 East Central Avenue
Toledo, Ohio 43608

RELIGIOUS  Rastafarian

You have requested accommodation of the following practice based upon the reason indicated

Request to have kosher meals for religious reasons

Your request states a

X    Religious Issue
     Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be

     Approved
X    Not Approved

Signature: _____    Date  March 4, 2010
Gary Sims, Sr
Religious Services Administrator

Tracking Process
  ❑  Chaplains reviews request and makes recommendation
  ❑  Request is reviewed by Chaplain, DWSS, and DWO/Designee
  ❑  Accommodation in forwarded to Warden for Warden s response
  ❑  Warden's decision is forward back to inmate and Chaplain's office is copied
  ❑  Inmate receives decision and may appeal if desired
  ❑  Warden forwards appeal to OOP for Religious Services Administrator decision
  ❑  Religious Services Administrator reviews in consultation with Legal  Chief Inspector, STG as needed
  ❑  The final decision is made by the Religious Services Administrator (copy of final decision is filed)
  ❑  The decision is returned to the Institutional Chaplain  the DWSS, and Warden is copied and inmate is notified

     C      Warden  Chaplain  Inmate's On Base File and Inmate

OP – Religious Services – 5/4/2010

DRC000217

**_Defendants' Trial Ex. 14-1_**

Case: 4:17-cv-02409-BYP  Doc #: 50-1  Filed: 04/03/19  13 of 36.  PageID #: 484

| RSA Date Received: __3__ / __3__ / 2010 | I/M #. __384 - 698__ |
|---|---|

**Institution:** ACI / BECI / CCI / CMC / CRC /  DCI / MEPRC / FPRC / GCI / HCF / LAECI  LECI / LOCI / LORCI / MACI / MANCI / MCI / NCCI / NCCTF / NCI / NEPRC / OCF / ORW / OSP - CAMP / PCI / RCI / RICI / SCI / SOCF / TCI  - CAMP / TOCI / WCI

**Religion:** Apostolic Pentecostal / Asatru / Arakhutian_Ausarian_Neterian / Black Hebrew / Israelite / Baptist / Buddhist / Catholic / Christian / Christian Identity / Christian Nazarite / Christian Separatist / Church of God / NGE / Hebrew Israelite / Hebrew Nazarite / Jewish / Islamic / Messianic Jew / Muslim / Nation of Islam / Native American / Orthodox Judaism / Orthodox-Islam / Philadelphia Church of God / Protestant / Rastafarian / Sabbatarian / Satanism / Salvation Army / Santeria / Shi'a Muslim / Wiccan /
*OTHER:* _____

**Request:** Hair / Beard / Kosher Meal / Access to religious material / Alter Cloth / Baptism / Blended teas / Cell separation / Congregate services / Diet Card / Dreadlocks / Halal meals / Head Covering / Holy Days / Incense / Medicine bag / Meditation cushion / Oils / Outside Vender / Pendant / Prayer / Prayer Beads / Prayer Rug / Prayer Shawl / Services in Chapel / Vegan Diet / Vegetarian Diet / Tam / Work proscription / Change of Religion Request / NEEDS FORM 4326, 4327, 4442
*OTHER:* _____

| **Action:** | Approved | Disapproved |
|---|---|---|

**Comments:**

NEEDS FORM 4326, 4327, 4442                    **Decision Date:** _____ / _____ / 2010

DRC000218

OP - Religious Services - 5/4/2010

*Defendants' Trial Ex. 14-2*

MAR 0 3 2010

Mr. G. Simms

I would like to know why my dietary needs where denied as my religious accomodation. I am aware of several Instit in O.D.R.C. who accomodate Rastafari Ital food why is T.O.C.I. different from any other class instit.? I have verification for my request why was I denied? I would also like a copied or original appeal I filed to your offense. Can you explain as parcisly as you are able about the reasons to my dietary needs as Rastafari not being accomodated please.

Thankyou For your time

Cecil Koger #384698

OP – Religious Services – 5/4/2010

DRC000219

# Ohio Department of Rehabilitation and Correction

JAN 2 1 2010

Toledo Correctional Institution
2001 East Central Avenue
Toledo, OH 43608

Ted Strickland, Governor        www.drc.ohio.gov        Terry Collins, Director

Decision of the Warden

Request for Accommodation
Of Religious Practice

**NAME:** Cecil Koger
**NUMBER:** A384-698
**INSTITUTION:** ToCI
**RELIGION:** Rastafarian

You have requested accommodation of the following practice based upon the reason indicated:

**Request to receive Kosher Meals.**
**Your request states a:**

          Religious Issue
X      Non-Religious Issue

It is the decision of the Warden that the request for Accommodation of Religious Practice should be:

          Approved
X      Not Approved

**Reason:**  Mr. Koger (A384-698) your request to receive Kosher meals has not been approved.  Keeping Kosher is not a vegetarian diet and is provided to those keeping an orthodox Jewish tradition.  A vegetarian alternative is provided at each meal upon the request of any individual.

Signature: _R. Welch_     Date: _1/11/10_
        Robert Welch, Warden

cc.  Warden, Deputy Wardens, Chaplain, Major, Unit File, etc.
     RSA

OP - Religious Services - 5/4/2010

DRC000220

**_Defendants' Trial Ex. 14-4_**

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

## Response To Request For Religious Accommodation

| Offender Name Cecil Koger | Number A-384698 |
|---|---|
| Current Religious Affiliation  RASTAFARIAN | RE· DRC4326 Dated: 12/16/2009 |

**Chaplain Recommendation:**

NOT RECEMMENDED

THE DEPARTMENT OF REHABILITATION AND CORRECTION HAS NOT SET UP ANY SPECIAL DIETARY
REQUIREMENTS FOR THOSE OF THE RASTAFARIAN RELIGIOUS GROUP

| Chaplain's Signature *Chaplain Frank Work* | Date 12/20/09 |
|---|---|

**Accommodation Review Committee Response:**

ok .

| Committee Chairperson Signature | Date 12/31/09 |
|---|---|

**Warden's Decision:**  ☐ Approved  ☑ Disapproved  ☐ Refer to Reg. Religious Services Admin.

**Comment**

SEE Above comments

| Signature *R welch* | Date 1/4/10 |
|---|---|

DRC4327 E (Rev 03/09)      Distribution  Warden,  Chaplain,  Offender,  Religious Services Administrator,  On Base File

OP – Religious Services – 5/4/2010

*Defendants' Trial Ex. 14-5*

Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

**To:**    **Chaplain's Office**

**From:**

| Offender Name | Ras Cecil Koger | Number #384-698 |
|---|---|---|
| Institution | T.O.C.I | Date 12-15-89 |

1   What is the religion to which you belong?

     Rastafari the Nyahbingiorder!

2   What is the specific accommodation that you are requesting? "Kosher meals"
non beef non pork non soy it contains M.S.G.
monosodium Glutamate as well as other <s>dairy</s> food served
in the kitchen containing season enhancer not natural 621,
622

3   What is the basis for your requested religious accommodation (How is your request supported by the
writings or traditions of your religion)? The practicing Rastafari
lives every day on the basis of his Humanot-beliefs
there is ten and two of these Revols around what Rastafari
puts into his body. This is called Ital. It is found in the
Kebra Negast, Fetha Negast, the livity, the bible and
Nyahbingi teachings.

4   Who are the religious leaders who can verify this request (Please give address and phone numbers, if
available)? Rastafarian Universal Order
     P.O. BOX 662
     Black Mountain N.C. 28711
Office 828-669-4918   Ras Miles Jacob Marley
Fax     828-669-0932   Ras bobby Sullivian

| Offender's Signature | Cecil Koger | Date |
|---|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326   (Rev 03/09)          Distribution   Religious Services Administrator, On Base Me

OP - Religious Services - 5/4/2010

DRC000222

**_Defendants' Trial Ex. 14-6_**

# Ohio Department of Rehabilitation and Correction

Religious Services
770 West Broad Street
Columbus, OH  43222

Ted Strickland, Governor                    www.drc.ohio.gov                    Ernie L. Moore, Director

Decision of the Religious Services Administrator

Request for Accommodation
Of Religious Practice

**Koger, Cecil #384-698**
Toledo Correctional Institution
2001 East Central Avenue
Toledo, Ohio 43608

RELIGIOUS  Rastafarian

You have requested accommodation of the following practice based upon the reason indicated

## Request to have kosher meals for religious reasons

Your request states a

X        Religious Issue
          Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be

          Approved
X        Not Approved

Signature _____        Date    February 11, 2010
Gary Sims, Sr
Religious Services Administrator

Tracking Process
- Chaplains reviews request and makes recommendation
- Request is reviewed by Chaplain, DWSS, and DWO/Designee
- Accommodation in forwarded to Warden for Warden's response
- Warden's decision is forward back to inmate and Chaplain's office is copied
- Inmate receives decision and may appeal if desired
- Warden forwards appeal to OOP for Religious Services Administrator decision
- Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed
- The final decision is made by the Religious Services Administrator (copy of final decision is filed)
- The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified

          C        Warden, Chaplain,  Inmate's On Base File and Inmate

OP – Religious Services – 5/4/2010

DRC000223

**_Defendants' Trial Ex. 14-7_**

Case: 4:17-cv-02409-BYP Doc #: 50-1 Filed: 04/03/19 19 of 36. PageID #: 490

**RSA Date Received:** 2 / 3 / 2010      **I/M #:** 384 - 698

**Institution:** ACI / BECI / CCI / CMC / CRC / DCI / MEPRC / FPRC / GCI / HCF / LAECI LECI / LOCI / LORCI / MACI / MANCI / MCI / NCCI / NCCTF / NCI / NEPRC / OCF / ORW / OSP - CAMP / PCI / RCI / RICI / SCI / SOCF / TCI - CAMP / TOCI / WCI

**Religion:** Apostolic Pentecostal / Asatru / Arakhutian_Ausarian_Neterian / Black Hebrew / Israelite / Baptist / Buddhist / Catholic / Christian / Christian Identity / Christian Nazarite / Christian Separatist / Church of God / Five Percenters / Hebrew Israelite / Hebrew Nazarite / Jewish / Islamic / Messianic Jew / Muslim / Native American / Orthodox Judaism / Orthodox-Islam / Philadelphia Church of God / Protestant / **Rastafarian** / Sabbatarian / Satanism / Salvation Army / Santeria / Shi'a Muslim / Wiccan /
*OTHER*

**Request:** Hair / Beard / **Kosher Meal** / Access to religious material / Alter Cloth / Baptism / Blended teas / Cell separation / Congregate services / Diet Card / Dreadlocks / Halal meals / Head Covering / Holy Days / Incense / Medicine bag / Meditation cushion / Oils / Outside Vender / Pendant / Prayer / Prayer Beads / Prayer Rug / Prayer Shawl / Services in Chapel / Vegan Diet / Vegetarian Diet / Tam / Work proscription /   Change of Religion Request / NEEDS FORM 4326, 4327, 4442
*OTHER*

| **Action:** | Approved | Disapproved |
|---|---|---|

**Comments:** Kosher not an accepted access

NEEDS FORM 4326, 4327, 4442                **Decision Date:** / / 2010

OP – Religious Services – 5/4/2010

DRC000224

*Defendants' Trial Ex. 14-8*

FEB 0 3 2010

Ohio Department of Rehabilitation and Correction
Religious Services Department

## Offender's Appeal of Decision
## Regarding Religious Accommodation

TO   Religious Services Administrator
     770 West Broad Street
     Columbus, Ohio  43222

| Name Mr. Cecil Koger | | Number 384-698 |
|---|---|---|
| Institution T.O.C.I | Religious Affiliation RASTAFARI | Date of Appeal 1-14-10 |

Your appeal regarding request for religious accommodation is based on ✱ Ital Food ✱

There was clearly been a lack of knowledge concerning
Rastafari fredrin. I have submitted verification of Dietary needs of Rastafari
to the Mr. Vloch chaplain from Rastafari Elders Fax, Office and Addresses
where given to Mr. Vloch to do more delving into the facts about Rastafari
He still has not contacted them or engaged in any form of verification as to
the mandates of adherents to the specific beliefs. A policy for Rastafari
in O.D.R.C. has to start somewhere, if the chaplain does not assist
us how is there ever going to be requirements for those of the Rastafari
religious group. I have supply the paperwork for the practicing Rastafari
to Mr. Vloch he knows and is aware of the special Dietary need
and has been since I arrived in this inst. The veggie meals do not meet
the proper dietary needs of Rastafari they are prepare next to regular
meals with the same tools, not by a practicing Rastafari and also contains
all the same flavor enhancers or seasoning salt as regular meal as well as
all veggie supplements a in T.O.C.I contain soy contents The paper work
the chaplain recieved from Elders of Rastafari clearly states when
provisons are not met kosher food are more acceptable then no meat at all.
And It has been made clear to the chaplain that Rastafari are the offspring
of Orthodox Jews often claim to Falasha of Ethiopia the original
African Jew of Ethiopia orthodox church
which share if not all, most of the same traditions

With this appeal form, you must include

DRC Form 4326  Request for Religious Accommodation, and
DRC Form 4327  Response to Request for Religious Accommodation

| Offender's Signature | Date 1-14-10 |
|---|---|

DRC4442 (03/09)                    Distribution  Warden, Chaplain, Offender, On Base File

✱ Please send copies back for further legal actions Thank You ✱

OP - Religious Services - 5/4/2010

DRC000225

**Defendants' Trial Ex. 14-9**

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| Offender Name Cecil Koger | Number A-384698 |
|---|---|
| Current Religious Affiliation RASTAFARIAN | RE: DRC4326 Dated: 12/16/2009 |

**Chaplain Recommendation:**

NOT RECEMMENDED

THE DEPARTMENT OF REHABILITATION AND CORRECTION HAS NOT SET UP ANY SPECIAL DIETARY
REQUIREMENTS FOR THOSE OF THE RASTAFARIAN RELIGIOUS GROUP

| Chaplain's Signature  *Chaplain Frank West* | Date 12/20/09 |
|---|---|

**Accommodation Review Committee Response:**

*ok*

| Committee Chairperson Signature | Date 12/31/09 |
|---|---|

**Warden's Decision:**  ☐ Approved  ☑ Disapproved  ☐ Refer to Reg. Religious Services Admin

**Comment**

SEE Above comments

| Signature  *R. Welch* | Date 1/4/10 |
|---|---|

DRC4327 E (Rev. 03/09)      Distribution  Warden, Chaplain, Offender, Religious Services Administrator, On Base File

OP – Religious Services – 5/4/2010

DRC000226

*Defendants' Trial Ex. 14-10*

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

**To:**     **Chaplain's Office**

**From:**

| Offender Name  Ras. Cecil Koger | Number #384-698 |
|---|---|
| Institution  T.O.C.I | Date 12-15-89 |

1   What is the religion to which you belong?

Rastafari the Nyahbingiorder!

2   What is the specific accommodation that you are requesting? "Kosher meals"
non beef non pork non soy it contains MSG
monosodium Glutamate as well as other ~~thing~~ food served
in the kitchen containing season enhancer not natural 621,
622

3   What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? The Practicing Rastafari
lives every day on the basis of his Humanot-beliefs
There is ten and two of these revolesaround what Rastafari
puts into his body. This is called Ital. It is found in the
Kebra Negast, Fetha Negast, the Livity, the bible and
Nyahbingi teachings.

4   Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Rastafarian Universal Order
P.O. Box 662
Black Mountain N.C. 28711
Office 828-669-4918    Ras Miles Jacob Marley
Fax 828-669-0932    Ras bobby Sullivan

| Offender's Signature  Cecil Koger | Date |
|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326  (Rev 03/09)          Distribution  Religious Services Administrator, On Base file

OP – Religious Services – 5/4/2010

DRC000227

**_Defendants' Trial Ex. 14-11_**

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

**To:**     Chaplain's Office

**From:**

| Inmate Name  *CECIL KOGER* | Number  *384-698* |
|---|---|
| Institution  *Mansfield Correctional Inst.* | Date  *11-15-06* |

1   What is the religion to which you belong? *RASTAFARI*

2   What is the specific accommodation that you are requesting?
*THE wearing of Tams and The growing of our dreads and beards*

3   What is the basis for your requested religious accommodation  (How is your request support by the writings or traditions of your religion)? *I m writings in the bible and Kebra nagast about our dreads locs holding a lot of meaning toewards our religion*

4   Who are the religious leaders who can verify this request (*Please give address and phone numbers, if available*)
*EElKA DREAD at the Nyabingi Tabernackle*
*414  836-5506.*

| Inmate's Signature  *[signature]* | Date  *11-15-06* |
|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC*

DRC4328  (Rev 06/05)

OP — Religious Services — 3/12/2007

DRC000228

***Defendants' Trial Ex. 14-12***

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| Inmate Name: *CECIL KOGER* | Number: *A384-698* |
|---|---|
| Current Religious Affiliation *RASTAFARIAN* | RE DRC4326 Dated *11-15-2006* |

**Chaplain Recommendation:**

Rastafarians have no formal liturgical rites, sacraments, or ordinances  However, the growing of dreadlocks is considered *the sign* of commitment to the Rastafarian lifestyle and faith  Therefore, I recommend the temporary ban on hair length for religious purposes be applied to this accommodation request, and that length of hair and beard be determined by and through the office of the Religious Services Administrator for the ODRC  I also recommend that the wearing of tams be commensurate with other faith groups whose religious practice compels one to wear a covering for the head

| Chaplain's Signature *Chaplain ___* | Date *11/15/2006* |
|---|---|

**Security Response:**

*Please decline request*

| Signature: *___* Dne | Date *12-8-02* |
|---|---|

**Warden's Decision:**  ☐ Approved   ☑ Disapproved

| Signature *___* | Date *12/8/06* |
|---|---|

*Security Issue*

**Tracking Process**

☑ Chaplain reviews request and makes recommendation

☑ Request is reviewed by Chaplain, DWSS, and DWO/Designee

☑ Accommodation is forwarded to Warden for Warden's response

☑ Warden's decision is forwarded back to inmate, the Religious Services Administrator (RSA) is copied (for the OOP files), and Chaplain's office is copied

☐ Inmate receives decision and may appeal if desired

☐ Warden forwards appeal to OOP for Religious Services Administrator decision

☐ Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed

☐ The final decision is made by the Religious Services Administrator (copy of final decision is filed), utilizing form DRC4415, "Decision of the Religious Services Administrator on Appeal of Religious Accommodation"

☐ The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified by the Chaplain

DRC4327 (Rev 08/06)

OP - Religious Services - 3/12/2007

DRC000229

**_Defendants' Trial Ex. 14-13_**

Case: 4:17-cv-02409-BYP Doc #: 50-1 Filed: 04/03/19 25 of 36. PageID #: 496

# Ohio Department of Rehabilitation and Correction

1050 Freeway Drive North
Columbus, OH 43229

Ted Strickland, Governor | www drc state.oh.us | Terry Collins, Director

## Decision of the Religious Services Administrator

### Request for Accommodation Of Religious Practice

NAME: Cecil Koyber
NUMBER 384-698
INSTITUTION MANCI
RELIGIOUS Rastafarian

You have requested accommodation of the following practice based upon the reason indicated

Request to grow locks, and read mediation of text Galatians for religious reasons
Your request states a

X Religious Issue
Non-Religious Issue

It is the decision of the Religious Services Administrator that the request for Accommodation of Religious Practice should be

Approved
X Not Approved

Reason.
Mr Koyber (384-698) your request to grow dreadlocks has been denied because according to DRC policy dreadlocks possess a security issue
In regards to the reading of mediation materials this material has to be approved by the institution screening committee
In regards the wearing of tams This is not an approved item

Signature ____________ Date 1-9-07
Gary Sims, Sr
Religious Services Administrator

Tracking Process ______________________

- Chaplains reviews request and makes recommendation
- Request is reviewed by Chaplain, DWSS, and DWO/Designee
- Accommodation in forwarded to Warden for Warden's response
- Warden's decision is forward back to inmate and Chaplain's office is copied
- Inmate receives decision and may appeal if desired
- Warden forwards appeal to OOP for Religious Services Administrator decision.
- Religious Services Administrator reviews in consultation with Legal, Chief Inspector, STG as needed
- The final decision is made by the Religious Services Administrator (copy of final decision is filed)
- The decision is returned to the Institutional Chaplain, the DWSS, and Warden is copied and inmate is notified

C Warden, Chaplain, Case manager, Inmate's File, and Inmate's Master File

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

**To:**  Chaplain's Office

**From:**

| Inmate Name *MR Cecil Koger* | Number *384 648* |
|---|---|
| Institution *Man. C.I* | Date |

1  What is the religion to which you belong? *RASTAFARI*

Received

SEP 13 2006

Regional Director's Office
ODRC

2  What is the specific accommodation that you are requesting? *I would like to be able to go into the practice of RASTAFARI and not just the the surface but the spiritual The looking of my hair the reading of medition and texts. The the wearing of our tams*

3  What is the basis for your requested religious accommodation. (How is your request support by the writings or traditions of your religion)? *In the bible Numbers 6 the Kebra Negast and many more.*

4  Who are the religious leaders who can verify this request (*Please give address and phone numbers, if available*)  *An Elder by the name of EEKA dread He can be contacted at 419-536-5506*

| Inmate's Signature *Ceal Koger* | Date *8-23-06* |
|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326 (Rev 06/06)

OP - Religious Services - 2/13/2007

DRC000231

**_Defendants' Trial Ex. 14-15_**

*Rev. Gary Sims*

I'm writing this letter along with the accomodation Form to assist you in understanding exactly what it is I am asking of you. Specifialy the Tams and hair would coinside with each other and the policy here in mansfield. Our hair can be kept neat never covering the ears and can be subjected to searches at anytimes, the tams would also keep the hair presentable cover our hair in the dinez area and never over our ears. The locks on our head are an essential part of Ras tafari I must keep my look as an offerring to be given to the most high on judgement day without my locks I have no offerring and with out that I am not look upon as who I am it states this in the bible in Numbers 6. The law of the Nazarites. These can be accomadated easy because they take care of one another and the policy here in mansfield the Tam cover or hair to keep it in p. The proper lines with the appearance of general population and my hair it self can be pulled back behind my ears at all time and kept presentable. The religious locks along with the Tams are being held until word from you, my family is eager to see me on this path so they are waiting to know if I will recieve any of the books, they can have sent. Thanks for your time. (Ital Roem)

OP – Religious Services – 2/13/2007

DRC000232

**_Defendants' Trial Ex. 14-16_**

Case: 4:17-cv-02409-BYP  Doc #: 118-14  Filed:  09/28/21  17 of 24.  PageID #: 1262

Case: 4:17-cv-02409-BYP  Doc #: 45-2  Filed: 02/01/19  3 of 3.  PageID #: 432
Case: 4:17-cv-02409-BYP  Doc #: 50-1  Filed:  04/03/19  28 of 36.  PageID #: 499

RECEIVED

MAY 07 2018

Ohio Department of Rehabilitation and Correction
**Request To Change Religious Affiliation**
Religious Services

To:     Chaplain's Office

From:  Cecil KOGER

| Inmate Name: Cecil Koger | Number: 384-698 |
| Institution: LA.E.C.I | Date: 4-11-18 |

Present Religious Affiliation: Nyahbinga

The Religious Affiliation To Which You Desire To Change To: Islam

Reason For Requesting This Change:
Ramadan: I have been participating
for the last sixteen years

| Inmate's Signature: Cyl Keym | Date: 4-11-18 |

Chaplain    ☑ Approved    ☐ Disapproved

| Chaplain's Signature: | Date: 04/13/18 |

DRC 4353 E (Rev. 07/12)

**EXHIBIT A-2**

**DEFENDANTS' EXHIBIT B (Page 3 of 3)**

**Defendants' Trial Ex. 14-17**

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

To:      Chaplain's Office

From: CECIL KOGER

| Offender Name: CECIL KOGER | Number: 384-698 |
|---|---|
| Institution: R.I.C.I | Date: 4-26-18 |

1. What is the religion to which you belong?

Nyahbinghi Rastafari

2. What is the specific accommodation that you are requesting?

For Rastafari Mandates to be recognized and accommodated growing of natural locs    Ital diet (organic, food vegetarian no soy) (wearing of dreads)    observance / reading material / Tam's / Kufis (religious head wear)    Fasts days / Holidays

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? The Kebra Nagast, Fetha Nagast, The Bible "Number 6 Vow of Nazarite" Rastafari Tennants and mandates "Rastafari livity" written by Ras Ambuessa Ebank

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Ras Iadanis - Lion of Judah Society Ras Christopher Lion Tree - Rastafari Universal Order Sister Imani Nyah, The Association of Rastafarian Theologians

| Offender's Signature: [signature] 384698 | Date: 4-26-18 |
|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326 (Rev 03/09)          Distribution:  Religious Services Administrator, Ori Base file

EXHIBIT
A-3

I am writing your office to inform you of the current mis-information that is supposably stemming from central office. this incorrectness is surrounding Rastafari, not being accommodated on hair as well as any other religious mandates to. the pious I have been Rastafari even before I entered ohio's system in 1998. I have been Force cut and accommodated while being held in the O.D.R.C., how is it possible that I am still being threatened by the same policy I have been exempted From? In 2008 Mr. Timothy Johnson Filed a civil complaint which lead to the granting of length and growth Mr. Johnson was Rastafari, how do you explain a directive From your office to T.C.I to cut all Rastafari hair and Rastafari are not exempt religiously? How do you clarify a meritless security concern that is toted as the reason why Rasta's are to be desecrated? I have been transported From Mansfield-Toledo-Allen- Trumbull, Just Fiablly how I am today, with Natural looks, my Nati has been uncut untrim unshaven throughout each...



EXHIBIT
A-4

... TRANSFER, I have successfully been through all security protocol, plenty of times including visitations my hair has been searched and cleared by correction officer at four institutions of O.D.R.C These issues are not the ignition behind these resurfacing security concerns only when there is a large amounts of AFRICAN AMERICAN males that start letting their nati grow its natural course, is when locks become an issue. These individuals that are breaking the standard of European beauty and grasping the ideal of an MORE Natural comfortable original state of appearance has to be conformed restraint and shaven because of there beliefs. Why is there no policy concerning RastaFari in T.C.I? Why are the Religious accommodation forms never responded to? While RastaFari is included as one the Faith groups in T.C.I why does a Rasta like my self not able to observe or fast, I have to fast with the Muslims...

... during Ramadon and observe in church on Sundays with the christians, If I need asistance From T.C.I as to my fasting and observance I have to get it with other religios coserieances not RastaFari. This is clearly discrimatory in nature and it is caused by T.C.I staff, inForced by T.C.I correctional Officers. While you have individuals expressing the need For this acknowledgement of particular Faith with-in T.C.I. the administration as well as Chaplain services ignorestham, these actions draw the line and establishes T.C.I as a Rasta Free institution it is also obvious that Rasta dont belong because RastaFari do not shave, cut or trim, comb mod brush. A change has to start somewhere if all remedies are exhausted in T.C.I with out Response or Reason what is Rasta's suppose to do, we do not shave cut or trim! Do the O.D.R.C. know what Its pushing For individuals like myself to do? Its not accept the things you can not change, its change the things you...

.. Can not Accept, IF this cannot be changed
with the proper steps provided by Administrative
Regulation or Federal, United States, Statues establish
For the First amendment Protection, how do you
think it shall be changed? by the same Force
threaten by T.C.I Administration? Some thing
other has to be done! And why has there been
no other correspondance as to these issues, as iF
RastaFari is supposably to Just lie down And be
separated From his precepts. RespectFully submitted
Please REview all that has been submitted Concerning
RastaFari.. as well as legal citations.

Thank you For Reading

RAs Heep Ackeenya

MR. Cecil Koger

Please copie and send
original Back with RESPONSE

on this day __24TH__, in the month of __August__, year __2016__. I Cecil KOGER appeared before Mr. __Mark S. Burson__, a notary of __Trumbull__ county Ohio and swore to be the creator and producer of this document without being forced, threathen, or promised a reward to do so and provided proper identification proving he is who he say he is.

MARK S BURSON
Notary Public
In and for the State of Ohio
My Commission Expires
October 06, 20__

CECIL KOGER

NOTARY

NOTARY PUBLIC/STATEWIDE
JURISDICTION

Case: 4:17-cv-02409-BYP  Doc #: 50-1  Filed:  04/03/19, 35 of 36.  PageID #: 506

DRC4027                                                                                    Page 1 of 1

*is cap Ms. Cosmis ARTICLE # S* ✓

# Notice of Disciplinary Appeal

| Institution:  TCI | RIB Case Number:  TCI-16-004161 |
|---|---|
| Inmate Name:  KOGER, CECIL | Number:  A384698 |

Warden:

I appeal the Rule Infraction Board's decision rendered on _10-6-16_ that found that I

violated the following rule(s) _21_

TRUMBULL CORRECTIONAL
INSTITUTION

OCT 12 2016

RECEIVED
WARDEN'S OFFICE

In my opinion the decision of the Rules Infraction Board was incorrect for the following reasons:
*(Be brief and specific in stating the basis for your appeal)*

☐ I did not waive my right to have 24 hours pass between the time I received a copy of the Conduct Report and my appearance before the RIB. I appeared before the RIB _____ hours after receiving the conduct report.

☐ I did not waive the presence of the charging official at the RIB hearing. The charging official did not appear.

☐ The RIB denied my request for a relevant witness.

☒ No evidence was introduced at the hearing to support the RIB's decision.

☒ Other *(Be Brief and Specific):* O.D.R.C Grooming Reg. (not A.R. 5120 9-25) States That if the individual holds sincere religious belief he shall be exempted from the grooming ~~policy~~ policy I have been exempted since 2008 because I am Rastafari as resently as 2013 in Allen Corr. insti I was written up for the same 21 rule violation and found not guilty in R.I.B My accomodation stated until hair is deemed a security risk it shall be left as is. My hair is still not deemed a security risk, no one has accused me of having anything in it, no one has asked to search it! Just because T.C.I do not have a policy on Rastafari do not mean Rastafari do not exist. This placement and threat of cutting is a violation of Federal Statue: R.L.U.I.P.A

| Inmate Name:  *[signature]* | Number:  384698 | Date:  10-6-16 |
|---|---|---|

DRC 4027 (Rev. 03/04)                                                                    ACA 4236



EXHIBIT
A-5
tabbies

**_Defendants' Trial Ex. 14-24_**