Ohio Department of Rehabilitation and Correction

# Request For Religious Accommodation

To: Chaplain's Office

From: *Cecil Koger*

| Offender Name: *Cecil Koger* | Number: *384-698* |
|---|---|
| Institution: *R.I.C.I* | Date: *4-26-18* |

1. What is the religion to which you belong?

   *Nyahbinghi Rastafari*

2. What is the specific accommodation that you are requesting?

   *For Rastafari mandates to be recognized and accommodated growing of natural locs   I-tal diet (organic, food vegitarian no soy) (wearing of dreads)   observance / reading material / fasts days / holidays   Tam's / Kufis (religious head wear)*

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? *The Kebra Nagast, Fetha Nagast The bible "Number 6 vow of Nazarite" Rastafari Tennants and mandates " Rastafari livity" written by Ras Ambuessa Ebank*

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? *Ras Iaddanis - Lion of Judah society Ras Cristopher lion Tribe - Rastafari Universal order Sister Imani Nyah, The Association of Rastafarian Theologians*

| Offender's Signature: *Cecil Koger  384698* | Date: *4-26-18* |
|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326  (Rev 03/09)          Distribution:  Religious Services Administrator, Ori Base file

**EXHIBIT**
**A-3**

RECEIVED

Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

JUN 18 2018

## Response To Request For Religious Accommodation

Religious Services

| Offender Name: Cecil Koger | Number: A-389698 |
|---|---|
| Current Religious Affiliation: Rastafarian | RE: DRC4326 Dated: 05/27/2018 |

**Chaplain Recommendation:**

Inmate Koger has requested the following: 1) to grow his hair in locks, 2) to receive organic veggie and/or vegetarian meals (Iital meals), 3) to have and wear religious head covering (tam), 4) to order Rastafarian literature and 5) to observe Rastafarian holidays and fast days. I recommend, Inmate Koger requests be referred to Chief Michael Davis, Religious Services Administrator.

| Chaplain's Signature: | Date: 05/31/2018 |
|---|---|

**Accommodation Review Committee Response:**

concur with recommendation

| Committee Chairperson Signature: | Date: 6/5/18 |
|---|---|

**Warden's Decision:**  ☐ Approved   ☐ Disapproved   ☑ Refer to Reg. Religious Services

**Comment**  Refer to Religious Services Adm.

| Signature: | Date: 6/5/18 |
|---|---|

DRC4327 E (Rev. 03/09)    Distribution: Warden, Chaplain, Offender, Religious Services Administrator, On Base File

**DEFENDANTS' EXHIBIT B (Page 12 of 13)**
*Defendants' Ex. 15-2*

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

To:     Chaplain's Office

From:   Cecil Kogger

| Offender Name: Cecil Kogger | Number: 389-628 |
| Institution: R. C. I | Date: 5-27-18 |

1. What is the religion to which you belong?  Nyahbingi Rastafari

2. What is the specific accommodation that you are requesting?
To Let my locks grow naturally
To Have "Itul"
To Keep "Tam"
To Have grounding and observance of Holidays and Fast Days
To Get Recieve Literatures

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? These are mandates for true
Rastafari; It can be Found in Rastafari livity, Bible, Kebra Nagast
Fetha Nagast and as well as other older texts

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Ras Iadonis of Lion of Judah Society
Ras Christopher Lion Tree of Rastafari Universal Order
Ras Sully and Ras J Morley. WWW. R.U.O.

| Offender's Signature: | 384628 | Date: 5-27-18 |

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326  (Rev 03/09)          Distribution: Religious Services Administrator, Ori Base file

**DEFENDANTS' EXHIBIT B (Page 13 of 13)**
**_Defendants' Ex. 15-3_**