IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CECIL KOGER, | ) |
| Plaintiff, | ) Case No. 4:17-CV-02409 |
| | ) |
| v. | ) Judge Benita Y. Pearson |
| | ) |
| GARY MOHR, et al., | ) **AFFIDAVIT OF CECIL KOGER** |
| | ) |
| Defendants. | ) |

CECIL KOGER, having been first duly sworn according to law, hereby deposes and states of his personal knowledge as follows:

1. I am of legal age and sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2. I am currently an inmate at Richland Correctional Institution ("RCI").

3. Prior to RCI, I was an inmate at Trumbull Correctional Institution ("TCI"). I have been housed in several different Ohio Department of Rehabilitation and Correction ("ODRC") facilities since 2000.

4. I have been a committed member of the Nyahbinghi Rastafarian Order since 2000. My family has practiced Rastafarianism for multiple generations.

5. I have requested several accommodations in the past to allow me to practice Rastafarianism. These include requests to keep my dreadlocks, to have communion with other Rastafarians through "groundings," to fast



**_Defendants' Trial Ex. 17-1_**

and diet according to my religion, and receive Rastafarian literature. True and accurate copies of some of the accommodation requests I submitted to ODRC are attached as <u>Exhibit 1</u>.

6. My branch of Rastafarianism, the Nyahbinghi Rastafarian Order, requires adherents to wear dreadlocks. This is in accordance with the Nazarite vow. Rastafarians believe that this practice is commanded by the Bible: "They shall not make baldness upon their head, neither shall they shave off the corner of their beard, nor make any cutting in their flesh." LEVITICUS 21:5.

7. Rastafarianism requires me to practice a specific diet, called *ital*, which prohibits consuming processed foods.

8. My faith also requires me to fast on particular days throughout the year, and to celebrate religious holidays in worship services called "groundings."

9. I continue to attempt to diet and fast according to my religious beliefs, but ODRC does not facilitate my particular diet or fasting on the days required by Rastafarianism.

10. Despite the lack of accommodation at ODRC facilities, Rastafarianism requires me to find opportunities to eat and fast according to my religious beliefs.

11. I am not a Muslim.

2

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

To: Chaplain's Office

From:

| Offender Name | Ras Cecil Koger | Number #384-698 |
|---|---|---|
| Institution | T.O.C.I. | Date 12-16-09 |

1. What is the religion to which you belong?
   Rastafari the Nyahbingi order!

2. What is the specific accommodation that you are requesting? "Kosher meals" non beef non pork non soy it contains M.S.G. monosodium glutamate as well as other dairy food served in the kitchen containing season enhancer not natural 621, 622.

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? The practicing Rastafari lives every day on the basis of his Hamanot beliefs. There is ten and two of these revolve around what Rastafari puts into his body. This is called Ital. It is found in the Kebra Negest, Fetha Negest, the Livity, the Bible and Nyahbingi teachings.

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Rastafarian Universal Order
P.O. Box 662
Black Mountain N.C. 28711
office 828-669-4418  Ras Miles Jacob Marley
fax 828-669-0932  Ras bobby Sullivan

Offender's Signature: Cecil Koger     Date:

This form is for approval of religious practices or beliefs not currently approved by the ODRC.

DRC4328 (Rev 03/09)     Distribution  Religious Services Administrator, On Base file

OP - Religious Services - 5/4/2010

DRC000222

**Defendants' Trial Ex. 17-3**

FEB 0 3 2010

Ohio Department of Rehabilitation and Correction
Religious Services Department

## Offender's Appeal of Decision
## Regarding Religious Accommodation

TO  Religious Services Administrator
    770 West Broad Street
    Columbus, Ohio 43222

| Name: Ras' Cecil Koger | | Number: 384-698 |
|---|---|---|
| Institution: T.O.C.I | Religious Affiliation: RastaFarI | Date of Appeal: 1-14-10 |

Your appeal regarding request for religious accommodation is based on *Ital Food*

There has clearly been a lack of knowledge concerning RastaFarI bredrin. I have submitted verification of Dietary needs of RastaFarI to the Mr. Bloch Chaplain from RastaFarI elders Fax, office and addresses where given to Mr. Bloch to do more delving into the facts about RastaFarI. He still has not contacted them or engaged in any form of verification as to the mandates of adherents to the specific beliefs. A policy for RastaFarI in O.D.R.C. has to start somewhere, if the chaplain does not assist us how is there ever going to be requirements for those of the RastaFarI Religious group. I have supply the paperwork for the practicing RastaFarI to ~~teach~~ Mr. Bloch he knows and is aware of the special dietary need and has been since I arrived in this inst. The veggie meals do not meet the proper dietary needs of RastaFarI they are perpare next to regular meals with the same tools, not by a practicing RastaFarI and also contains all the same flavor enhancers or seasoning salt as regular meal as well as all veggie supplements in T.O.C.I contain soy contents. The paper work the chaplain recieved from Elders of RastaFarI clearly states when provisions are not met Kosher food are more acceptable then no eat at all. And it has been made clear to the chaplain that RastaFarI are the offspring of Orthodox Jews stated claim to Falasha of Ethiopia the original African Jew of Ethiopia orthodox church which shows if not all, most of the same traditions

With this appeal form, you must include
DRC Form 4326 Request for Religious Accommodation, and
DRC Form 4327 Response to Request for Religious Accommodation

| Offender's Signature: [signed] Cecil Koger | Date: 1-14-10 |
|---|---|

DRC4442 (03/09)   Distribution  Warden, Chaplain, Offender, On Base File

*Please send copies back for further legal actions Thank You.*

OP - Religious Services - 5/4/2010

DRC000225

**Defendants' Trial Ex. 17-4**

Ohio Department of Rehabilitation and Correction

## Request For Religious Accommodation

**To:** Chaplain's Office

**From:**

| Offender Name | Ras. Cecil Koger | Number | #384-698 |
|---|---|---|---|
| Institution | T.O.C.I. | Date | 12-15-89 |

1. What is the religion to which you belong?
   Rastafari the Nyahbingi order!

2. What is the specific accommodation that you are requesting? "Kosher meals" non beef non pork non soy it contains MSG monosodium Glutamate as well as other food served in the kitchen containing season enhancer not natural 621, 622.

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? The Practicing Rastafari lives every day on the basis of his Humanot-beliefs There is ten and two of these revolves around what Rastafari puts into his body. This is called Ital. It is found in the Kebra Negast, Fetha Negest, the Livity, the Bible and Nyahbingi teachings.

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Rastafarian Universoul Order
   P.O. Box 662
   Black Mountain N.C. 28711
   Office 828-669-4918  Ras Miles Jacob Marley
   Fax 828-669-0932  Ras Bobby Sullivan

| Offender's Signature | Cecil Koger | Date | |
|---|---|---|---|

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326 (Rev 03/09)   Distribution Religious Services Administrator, On Base file

OP - Religious Services - 5/4/2010

DRC000227

**Defendants' Trial Ex. 17-5**

Ohio Department of Rehabilitation and Correction
## Request For Religious Accommodation

To: Chaplain's Office

From: Cecil Koger

| Offender Name: Cecil Koger | Number: 384-698 |
|---|---|
| Institution: R.C.I. | Date: 4-26-18 |

1. What is the religion to which you belong?

   Nyahbinghi Rastafari

2. What is the specific accommodation that you are requesting?

   For Rastafari Mandates to be Recognized and Accommodated growing of Natural locs (wearing of Dreds) I-tal Diet (organic, food vegetarian, no soy) Tam's/Kufus (Religious Head Wear) Observance/Reading material/ Fasts days/Holidays

3. What is the basis for your requested religious accommodation (How is your request supported by the writings or traditions of your religion)? The Kebra Nagast, Fetha Nagast, The Bible "Number 6 Vow of Nazarite" Rastafari Tennants and mandates "Rastafari Iinity" written by Ras Ambuessa Elsank

4. Who are the religious leaders who can verify this request (Please give address and phone numbers, if available)? Ras Iaadanis - Lion of Judah Society, Ras Cristopher lion tree - Rastafari Universal Order, Sister Imani Nyah, The Association of Rastafarian Theologians

Offender's Signature: [signed] 384698    Date: 4-26-18

*This form is for approval of religious practices or beliefs not currently approved by the ODRC.*

DRC4326 (Rev 03/09)    Distribution: Religious Services Administrator, On Base file

EXHIBIT A-3

**Defendants' Trial Ex. 17-6**