**Departmental Offender Tracking System Portal**
Ohio Department of Rehabilitation and Correction

A384698 KOGER, CECIL    Help  Logout  Search  Reentry Portal

- HOME
- Offender Search
- Offender Snapshot
- Portal Index
- Your Signature
- Offender Information
- SB 52 Tools
- Snapshot Views
- Juvenile Records
- Screen Publications
- WOTC System
- OJL VC Notification
- Job Linkage
- OHIO Database
- Ex-Offender Jobs
- County Jail Database
- Offender Detainers
- Chaplain Processing

Inmate STG Information - STGII

Select Offender: A

Case Attachments**   Tattoos**   STG Notes**

Offender Number: **A384698**
Offender Name: **KOGER, CECIL**
Institution: **RICI - RICHLAND CORRECTIONAL INSTITUTION**
Prior Institution: **LORCI - LORAIN CORRECTIONAL INSTITUTION**
DOB: [redacted]
SSN:

Sex: **MALE**                Race: **BLACK**
LOCK: **H3/C/0107**
County: **LUCA**              Security Level: **2**
EDS Date: **12/05/2011**      Board Date: **12/02/2023**
Prior Numbers:

STG Code: FOLKS/GANGSTER DISCIPLE
Rank in STG: Member          STG Nick Name:
Participation Level: 1
Level Identifiers: PA, PB
Associates:
Rule 17 Violation:

Save  Delete  Cancel

Select tattoo record below to view/edit:          Save and Add New Tattoo Record

TATTOO LOCATION          TATTOO/BRAND DESCRIPTION
**TAT BACK**              **BOS**

Departmental Offender Tracking System Portal

*Defendants' Trial Ex. 19-1*