

**DEFENDANTS' EXHIBIT D (Page 3 of 7)**

*Defendants' Trial Ex. 20-1*

Case: 4:17-cv-02409-BYP  Doc #: 52-4  Filed:  04/17/19  6 of 7.  PageID #: 597



**DEFENDANTS' EXHIBIT D (Page 6 of 7)**

*Defendants' Trial Ex. 20-2*



**DEFENDANTS' EXHIBIT D (Page 7 of 7)**

*Defendants' Trial Ex. 20-3*