Ohio Department of Rehabilitation and Correction

Institution Religious Accommodation Review Committee

# Response To Request For Religious Accommodation

| Offender Name: | Number: |
|---|---|
| Current Religious Affiliation: | RE:<br>DRC4326 Dated: |

**Chaplain Recommendation:**

| Chaplain's Signature: | Date: |
|---|---|

**Accommodation Review Committee Response:**

| Committee Chairperson Signature: | Date: |
|---|---|

**Warden's Decision:** ☐ Approved  ☐ Disapproved  ☐ Refer to Reg. Religious Services Admin.

Comment

| Signature: | Date: |
|---|---|

DRC4327 E (Rev. 03/09)   Distribution: Warden, Chaplain, Offender, Religious Services Administrator, On Base File

*Defendants' Trial Ex. 21-1*