Ohio Department of Rehabilitation and Correction
Religious Services Department

# Offender's Appeal of Decision
# Regarding Religious Accommodation

TO: Religious Services Administrator
770 West Broad Street
Columbus, Ohio 43222

| Name: | | Number: |
|---|---|---|
| Institution: Richland Correctional Institution | Religious Affiliation: | Date of Appeal: |

Your appeal regarding request for religious accommodation is based on:




With this appeal form, you must include:

DRC Form 4326: Request for Religious Accommodation; and
DRC Form 4327: Response to Request for Religious Accommodation

| Offender's Signature: | Date: |
|---|---|

DRC4442 E (03/09)          Distribution: Warden, Chaplain, Offender, On Base File