

**Andrew Geronimo <acg33@case.edu>**

---

## 2021-09-28 Defendants' Exhibit List (002)

**Andrew Geronimo** <acg33@case.edu>  Tue, Sep 28, 2021 at 5:39 PM
To: Mindy Worly <Mindy.Worly@ohioago.gov>
Cc: Sara Coulter <sec142@case.edu>, Tony Shang <Tony.Shang@ohioago.gov>, Tracy Bradford <Tracy.Bradford@ohioago.gov>, Thomas Madden <Thomas.Madden@ohioago.gov>, Gregory Glasgow <JGregory.Glasgow@ohioago.gov>, Ginger Pinkerton Law Clinic <gpinkerton-lawclinic@case.edu>, Nathan Venesky-Kramer Law Clinic <nvenesky-lawclinic@case.edu>, Makela Hayford-Kramer Law Clinic <mhayford-lawclinic@case.edu>

> Mindy, they were filed under your name. If you didn't direct that they be filed, that seems like a problem.
>
> I don't know what else I can do other than file it as a [PROPOSED] Joint Exhibit List with an explanatory footnote. Can you show me where you sent me your list earlier than 4:38pm today?
>
> On Tue, Sep 28, 2021 at 5:30 PM Mindy Worly <Mindy.Worly@ohioago.gov> wrote:
>
>> Again, please do not file an incomplete draft. Finish the list of exhibits to which we will not stipulate and file it ASAP. The three CDs cannot be assembled until the stipulation list is completed and filed. And for what it is worth, you did not send me your list of proposed exhibits until 11:38 pm last night, and I thought my list was sent to you this morning.
>>
>> Best,
>>
>> Mindy
>>
>> **From:** Andrew Geronimo <acg33@case.edu>
>> **Sent:** Tuesday, September 28, 2021 5:21 PM
>> **To:** Mindy Worly <Mindy.Worly@OhioAGO.gov>
>> **Cc:** Sara Coulter <sec142@case.edu>; Tony Shang <Tony.Shang@OhioAGO.gov>; Tracy Bradford <Tracy.Bradford@OhioAGO.gov>; Thomas Madden <Thomas.Madden@OhioAGO.gov>; Gregory Glasgow <JGregory.Glasgow@OhioAGO.gov>; Ginger Pinkerton Law Clinic <gpinkerton-lawclinic@case.edu>; Nathan Venesky-Kramer Law Clinic <nvenesky-lawclinic@case.edu>; Makela Hayford-Kramer Law Clinic <mhayford-lawclinic@case.edu>
>> **Subject:** Re: 2021-09-28 Defendants' Exhibit List (002)
>>
>> Mindy,
>>
>> Why did you file this while we were still working your list into our draft I circulated last night? Our delay was caused only by you getting your Exhibits to us at 4:38pm today, and I returned your call as soon as I could. When we spoke you said you weren't filing (and couldn't file) these today. We already spent a good deal of time trying to re-organize into joint and plaintiff's lists, renaming files, etc.
>>
>> I suppose we will just file the draft we have now and indicate that we were coordinating with you but then you filed while we were still working your list into the joint filing.
>>
>> Andy
>>
>> On Tue, Sep 28, 2021 at 4:38 PM Mindy Worly <Mindy.Worly@ohioago.gov> wrote:
>>
>>> Here is Defendants' exhibit list. I tried to call you twice to coordinate this but you did not pick up and have not returned my calls. Please let me know if you have any objections to the exhibits and/or if you will agree to their stipulation. Also, please let me know what you are doing with regard to the joint list of those exhibits for which there is no stipulation. It

> needs to be filed by close of business today.
>
> Best,
>
> Mindy

--

Andrew Geronimo

*Director, First Amendment Clinic*

*Lecturer in Law*

Case Western Reserve University School of Law
11075 East Blvd
Cleveland, Ohio 44106

pronouns: he/him/his
216.368.2766 (phone)

_____

**The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify me at (216) 368-6855 and permanently delete the original copy or printout.**

--
Andrew Geronimo
*Director, First Amendment Clinic*
*Lecturer in Law*
Case Western Reserve University School of Law
11075 East Blvd
Cleveland, Ohio 44106
pronouns: he/him/his
216.368.2766 (phone)

_____

**The information contained in this email transmission and any attachments thereto is intended for use by only the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email and any attachments or other communication of contents is strictly prohibited.  If you have received this email in error, please immediately notify me at (216) 368-6855 and permanently delete the original copy or printout.**