Granted.
/s/ *Benita Y. Pearson* on 10/1/2021
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CECIL KOGER, | : | |
| | : | Case No. 4:17-cv-02409 |
| Plaintiff, | : | |
| | : | Judge Benita Y. Pearson |
| v. | : | |
| | : | |
| DIRECTOR GARY C. MOHR, et al., | : | Notice of Voluntarily Dismissal of |
| | : | Defendants Richard Bowen, Jr., |
| Defendants. | : | Charmaine Bracy, and Todd Ishee |

Plaintiff respectfully moves this Court for an order under Fed. R. Civ. P. 41(a)(2) dismissing Plaintiff's individual-capacity claims against Defendants Richard Bowen, Jr., Charmaine Bracy, and Todd Ishee.

Respectfully submitted,

/s/ *Makela Hayford*
Makela Hayford
*Certified Legal Intern*

/s/ *Ginger Pinkerton*
Ginger Pinkerton
*Certified Legal Intern*

/s/ *Nathan Venesky*
Nathan Venesky
*Certified Legal Intern*

/s/ *Sara Coulter*
Sara Coulter (#0096793)
*First Amendment Fellow*

/s/ *Andrew Geronimo*
ANDREW GERONIMO (0086630)
*Director*, FIRST AMENDMENT CLINIC
MILTON A. KRAMER LAW CLINIC CENTER
Case Western Reserve University
School of Law
11075 East Boulevard
Cleveland, Ohio 44106
T: (216) 368-2766 F: (216) 368-5137
andrew.geronimo@case.edu
*Counsel for Plaintiff*