# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CECIL KOGER, | : |
| Plaintiff, | : Case No. 4:17-cv-02409 |
| | : Judge Benita Y. Pearson |
| v. | : |
| DIRECTOR GARY C. MOHR, et al., | : |
| Defendants. | : |

## DEFENDANTS' TRIAL EXHIBIT LIST

Pursuant to the Court's March 18, 2021 Order, ECF No. 61, Defendants Davis, Bobby, Black, Bowen, Bracy, Ishee, Kostenko, Marquis, and Mohr, provide notice that during the October 4, 2021 trial of this matter they may offer some of the documents described below as exhibits.

| Defendants' Exhibit Number | File Name |
|---|---|
| 1 | Def 1_72-REG-01 Religious Services |
| 2 | Def 2_72-REG-02 Religious Accommodations |
| 3 | Def 3_72-REG-03 Protestant Religious Services |
| 4 | Def 4_72-REG-05 Jehovah Witness Religious Services |
| 5 | Def 5_72-REG-07 Jewish Religious Services |
| 6 | Def 6_72-REG-08 Buddhist Religious Services |
| 7 | Def 7_72-REG-09 Wiccan Religious Policy |
| 8 | Def 8_ 72-REG-10 Asatru Religious Policy |
| 9 | Def 9_72-REG-11 Roman Catholic – Orthodox Religious Services |

| 10 | Def 10_72-REG-12 Muslim Religious Practices |
|---|---|
| 11 | Def 11_72-REG-13 Native American Religious Policy |
| 12 | Def 12_Blank DRC 4326 Form Request for Religious Accommodation (ODRC's Request for Religious Accommodations form that an inmate must complete and submit to the Chaplain in order to begin the evaluation of a religious accommodations request) |
| 13 | Def 13_Plaintiff's self-identification as a Muslim (Originally filed as ECF No. 50-1, at 482 and 499, ECF No. 52-2 at 568, and ECF No. 52-2, at 573) |
| 14 | Def 14_ Plaintiff's previous religious accommodation requests (Originally filed as ECF No. 50-1, at 483-506) |
| 15 | Def 15_Plaintiff's more recent religious accommodation requests (Originally filed as ECF No. 50-1, at 500 and ECF No. 52-2 at 577-78) |
| 16 | Def 16_Beliefs require 180 days of fast per year (Originally filed as ECF No. 50, at 456) |
| 17 | Def 17_ Plaintiff's explanations of what having Ital means to him (Originally filed as ECF No. 50-1, at 473, 488, 491, 493, 500) |
| 18 | Def 18__The Fetha Nagast (Originally filed as ECF No. 52-3) |
| 19 | Def 19_ Plaintiff's Gang Affiliation |
| 20 | Def 20_Photos of Plaintiff's Neck Tattoos (Originally filed as ECF No. 52-4) |
| 21 | Def 21_Blank DRC 4327 Form (ODRC's Response to Request for Religious Accommodations form used by prison officials to record their recommendations and/or decisions regarding an inmate's religious accommodations request) |
| 22 | Def 22_Blank Offender's Appeal of Decision Regarding Religious Accommodations Form (Form that an inmate must submit to the Religious Services Administrator when objecting to a recommendation or appealing a decision regarding a request for religious accommodations) |

Respectfully submitted,

DAVE YOST
Ohio Attorney General

/s/ Mindy Worly
MINDY WORLY (0037395) - *Lead Counsel*
TRACY L. BRADFORD (0058556)
TONY H. SHANG (0100246)
 Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
T: (614) 728-0161; F: (866) 474-4985
Mindy.Worly@OhioAGO.gov
Tracy.Bradford@OhioAGO.gov
Tony.Shang@OhioAGO.gov

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2021, a copy of the foregoing was filed electronically utilizing the Clerk's ECF system. Notice of this filing will be sent to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Mindy Worly
MINDY WORLY (0037395)
Principal Assistant Attorney General